IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* :
: Chapter 11
NEWPAGE CORPORATION, *et al.*, :
: Case No. 11-_____ ( )
Debtors. :
: Joint Administration Requested
---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

      The following is a list of creditors holding the 30 largest unsecured claims against NewPage Corporation and certain affiliated entities as the above-captioned debtors and debtors in possession that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Debtors").[1] This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors, as of August 31, 2011. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) parties holding secured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor with respect to all or any portion of the claims listed below. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

| Name of creditor | Name, telephone number, and complete mailing address (including zip code) of creditor and employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim |
|---|---|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION | 452 Fifth Avenue<br>New York, New York 10018<br>Fax (212) 525-1300<br>Attention: Gloria Alli<br>212-525-1404<br><br>Gloria.alli@us.hsbc.com | NewPage Group Senior Unsecured PIK Notes | | $276,187,486 |
| HSBC BANK USA, NATIONAL ASSOCIATION | 452 Fifth Avenue<br>New York, New York 10018<br>Fax (212) 525-1300<br>Attention: Gloria Alli<br>212-525-1404<br><br>Gloria.alli@us.hsbc.com | NewPage Holding Senior Unsecured PIK Notes | | $234,984,539 |
| HSBC BANK USA, NATIONAL ASSOCIATION | 452 Fifth Avenue<br>New York, New York 10018<br>Fax (212) 525-1300<br>Attention: Gloria Alli<br>212-525-1404<br><br>Gloria.alli@us.hsbc.com | 12% Senior Subordinated Notes | | $208,416,438 |
| OMNOVA SOLUTIONS INC. | 1701 Cornell Road<br>Green Bay, WI 54313-8934<br>Fax (920) 434-4309<br>Attention: Robin McCann<br>Phone (920) 434-4309 | Trade Debt | | $6,082,179 |

---

[2] All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments.

| Name of creditor | Name, telephone number, and complete mailing address (including zip code) of creditor and employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim |
|---|---|---|---|---|
| THIELE KAOLIN COMPANY | 520 Kaolin Road<br>Sandersville, GA 31082-1056<br>Fax: (478) 552-4131<br>Attention: Mike Markilie<br>Phone: (478) 552-3951 | Trade Debt | | $5,181,904 |
| NALCO COMPANY | 1601 W Diehl Road<br>Naperville, IL 60563-1252<br>Fax: (800) 288-0878<br>Attention: Sam Casale<br>Phone: (630) 305-1000 | Trade Debt | | $3,454,158 |
| RUMFORD FALLS HYDRO LLC (BROOKFIELD RENEWABLE POWER, US OPERATIONS) | 200 Donald Lynch Blvd, Suite 300<br>Marlborough, MA 01752<br>Fax: (508) 485-5207<br>Attention: Mel Jiganti<br>Phone: (508) 251-7705 | Asset Purchase Agreement Obligation | | $2,700,000 |
| C. REISS COAL COMPANY | 1011 S 8th Street<br>Sheboygan, WI 53081<br>Fax: (316) 828-9608<br>Attention: Bill Reiss<br>Phone: (920) 451-8910 | Trade Debt | | $2,617,878 |
| WEST FRASER TIMBER CO. LTD | 858 Beatty Street, Suite 501<br>Vancouver BC V6B 1C1<br>Fax: (604) 683-2097<br>Attention: Jim Stymiest<br>Phone: (604) 895-2739 | Trade Debt | | $2,525,710 |

| Name of creditor | Name, telephone number, and complete mailing address (including zip code) of creditor and employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim |
|---|---|---|---|---|
| SOCIETE PCI CHIMIE CANADA (OLIN CORPORATION) | 2020 Rue University Blvd. Montreal, Quebec H3A-2A5 Fax: (819) 294-1200 Attention: Linus Staskvicius Phone: (819) 294-1293 | Trade Debt | | $2,341,619 |
| SHELL ENERGY NORTH AMERICA (US), L.P. | 909 Fannin Street Houston, TX 77010 Fax: (713) 265-4824 Attention: Sean Williams Phone: (713) 230-7824 | Trade Debt | | $2,319,552 |
| R.R. DONNELLY | 3075 Highland Parkway Downers Grove, IL 60515 Attention: Kip Alexander E-Mail: kip.alexander@rrd.com Phone: (630) 322-6227 | Customer Program | setoff | $2,032,729 |
| SPRAGUE ENERGY CORP | 2 International Drive Portsmouth, NH 03801 Fax: (603) 766-9726 Attention: Tom Flaherty Phone: (603) 431-1000 | Trade Debt | | $2,016,526 |
| NATIONAL STARCH LLC | 10 Finderne Avenue Bridgewater, NJ 08807 Fax: (908) 685-5689 Attention: Larry Batanian Phone: (800) 708-7458 | Trade Debt | | $1,936,574 |

| Name of creditor | Name, telephone number, and complete mailing address (including zip code) of creditor and employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim |
|---|---|---|---|---|
| EKA CHEMICALS INC. | 1775 W Oak Commons St. Marietta, GA 30062-2254 Fax: (770) 321-9962 Attention: Craig White Phone: (770) 578-0858 | Trade Debt | | $1,892,719 |
| CORENSO NORTH AMERICA CORP. | 800 Fremont Street Wisconsin Rapids, WI 54495 Fax: (715) 422-7874 Attention: Jeff Zimmerman Phone: (715) 422-7800 | Trade Debt | | $1,853,365 |
| ALLETE WATER SERVICES, INC. (MINNESOTA POWER) | 30 W Superior Street Duluth, MN 55802 Fax: (218) 723-3962 Attention: Bob Nanti Phone: (218) 722-2641 | Trade Debt | | $1,838,835 |
| KAMIN, LLC | 822 Huber Road Macon, GA 31217 Fax: (478) 745-1116 Attention: Warren Popp Phone: (800) 765-4823 | Trade Debt | | $1,736,876 |
| HARTT TRANSPORTATION SYSTEMS, INC. | 262 Bromac Road Bangor, ME 04401 Fax: (207) 941-0839 Attention: Ricky Hughes Phone: (800) 341-1586 | Trade Debt | | $1,723,742 |

| Name of creditor | Name, telephone number, and complete mailing address (including zip code) of creditor and employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim |
|---|---|---|---|---|
| CELTIC INTERNATIONAL, INC. | 7840 Graphics Dr, Suite 100<br>Tinley Park, IL 60477<br>Fax: (708) 460-9324<br>Attention: Mike Amerio<br>Phone: (708) 226-9200 | Trade Debt | | $1,717,553 |
| OMYA INC. | 39 Main Street<br>Proctor, VT 05765-1178<br>Fax: (513) 672-2446<br>Attention: Bob Hurst<br>Phone: (802) 459-3311 | Trade Debt | | $1,693,491 |
| QUAD GRAPHICS | N63 W23075 Highway 74<br>Sussex, WI 53089-2827<br>Fax: (262) 246-5420<br>Attention: Chris Grond<br>Phone: (414) 566-2253 | Customer Program | setoff | $1,693,035 |
| ACCENTURE LLP | 200 Public Square, Suite 1900<br>Cleveland, OH 44114<br>Fax: (216) 535-5350<br>Attention: David Abood<br>Phone (216) 535-5000 | Trade Debt | | $1,692,856 |
| SCHNEIDER NATIONAL, INC. | 3101 Packerland Drive<br>Green Bay, WI 54313<br>Fax: (920) 592-7731<br>Attention: John Shimek<br>Phone: (920) 592-7731 | Trade Debt | | $1,653,955 |

| Name of creditor | Name, telephone number, and complete mailing address (including zip code) of creditor and employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim |
|---|---|---|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY | 4666 Faries Parkway<br>Decatur, IL 62526<br>Fax: (800) 644-4648<br>Attention: Mike McLain<br>Phone: (877) 871-7205 | Trade Debt | | $1,612,763 |
| KEMIRA CHEMICALS, INC. | 1950 Vaughn Road<br>Kennesaw, GA 30144<br>Fax: (678) 819-4585<br>Attention: Walt Bilynski<br>Phone: (800) 927-3950 | Trade Debt | | $1,610,334 |
| CASCADES INC | 457 Rue Marie-Victorin, CP 249<br>Kingsey Falls, Quebec J0A 1B0<br>Fax: (800) 646-3171<br>Attention: Tom Kurt<br>Phone: (819) 636-5400 | Trade Debt | | 1,582,167 |
| KENTUCKY UTILITIES COMPANY | 138 N Blair Street<br>Morehead, KY 40351-1516<br>Fax: (859) 367-5839<br>Attention: Chuck Lane<br>Phone: (800) 383-5582 | Trade Debt | | $1,474,428 |
| ASTEN TECHNOLOGIES, INC | 4399 Corporate Road<br>Charleston, SC 29405<br>Fax: (843) 202-6278<br>Attention: JP Bouchard<br>Phone: (800) 529-7990 | Trade Debt | | $1,426,981 |
| BUCKMAN LABORATORIES INC. | 1256 N McLean Blvd<br>Memphis, TN 38108-1297<br>Fax: (901) 278-5187<br>Attention: Tim Schultz<br>Phone: (800) 282-5626 | Trade Debt | | $1,194,573 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
*In re*                                                     :
                                                            :  **Chapter 11**
**NEWPAGE CORPORATION,**                                    :
                                                            :  Case No. 11-_____ ( )
           Debtor.                                          :
                                                            :
------------------------------------------------------------x

## DECLARATION REGARDING CONSOLIDATED LIST
## OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of NewPage Corporation, named as the debtor in this case, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 30 Largest Unsecured Claims, submitted herewith, and that it is true and correct to the best of my information and belief.

Dated: 9/7 , 2011
New York, New York

                                            NEWPAGE CORPORATION

                                            By: /s/ George F. Martin
                                                Name:  George F. Martin
                                                Title: **President & CEO**