IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
:
*In re*                                                         :
                                                                : **Chapter 11**
**NEWPAGE CORPORATION,**                                        :
                                                                : Case No. 11-_____ ( )
        **Debtor.**                                             :
                                                                :
----------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

The following lists the equity security holders of NewPage Corporation, named as the debtor in this case, as of the date hereof. This list is being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Equity Security Holder | Address | Number & Kind of Interest |
|---|---|---|
| NewPage Holding Corporation | 8540 Gander Creek Drive Miamisburg, OH 45342 | 100 shares of Common Stock |

Dated: 9/7, 2011
New York, New York

NEWPAGE CORPORATION

By: _____
Name:    George F. Martin
Title:    President & CEO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :
                                                               :   **Chapter 11**
**NEWPAGE CORPORATION,**                                       :
                                                               :   **Case No. 11-_____ ( )**
            **Debtor.**                                        :
                                                               :
---------------------------------------------------------------x

## DECLARATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

I, the undersigned authorized officer of NewPage Corporation, named as the debtor in this case, declare under penalty of perjury that I have reviewed the List of Equity Security Holders of NewPage Corporation, submitted herewith, and that it is true and correct to the best of my information and belief.

Dated: 9/7, 2011
New York, New York

NEWPAGE CORPORATION

By: _____
Name:   **George F. Martin**
Title:    **President & CEO**