# EXHIBIT A

**Organizational Chart**

# ORGANIZATIONAL CHART

