# EXHIBIT B

## Wages Chart

**Estimate of Employee Related Accrued Liabilities as of the Filing Date**
Note: Amounts in the Motion have been rounded

| | Discussion | [A]<br>Entitled to Priority under Section 507 | [B]<br>Priority and Trust Fund Taxes | [C]<br>Other | [D] = [A] + [B] + [C]<br>Total | Reference to Paragraph in the Motion |
|---|---|---|---|---|---|---|
| Gross Payroll - Salaried Employees (shown here as net payroll) | Gross wages accrued up to the filing date. Paid as bi-weekly and monthly payrolls become due | $ 1,824,749 | | | 1,824,749 | 12 |
| Gross Payroll - Hourly Employees (shown here as net payroll) | Gross wages accrued up to the filing date. Paid as weekly and bi-weekly payrolls become due | 5,212,234 | | | 5,212,234 | 13 |
| Temporary Personnel | Expenses incurred but not reimbursed up to the filing date | | | 71,353 | 71,353 | 16 |
| Sales Incentive Plan | Incentive earned up to the filing date. Q2/2011 payouts will be made in August 2011 | 175,000 | | | 175,000 | 17 |
| Payroll Taxes | Estimated employee withholding plus Employer portion of FICA | | 7,366,309 | | 7,366,309 | 19 |
| Garnishments | Estimated employee withholding | | | 49,199 | 49,199 | 20 |
| Ceridian Fee | Amount due Ceridian as of the filing date, invoiced monthly | | | 212,747 | 212,747 | 22 |
| Expense Reimbursements | Expenses incurred but not reimbursed up to the filing date. Debtor reimburses AMEX weekly for the majority of the expenses. The remainder is paid to employees as they file expense reports | | | 103,981 | 103,981 | 23 |
| Company Cars, Fuel Cars, Vehicle Maintenance | Expense incurred but not paid up to the filing date. Debtor is invoiced monthly | | | 66,400 | 66,400 | 24 |
| Cell Phones | Accrued expense up to filing date. Debtor is Invoiced monthly | | | 52,029 | 52,029 | 25 |
| Relocation Expense Reimbursement | Expenses incurred but not reimbursed up to the filing date | | | 221,486 | 221,486 | 26 |
| Medical Insurance Plan | Expected liability under the benefit plans as of the filing date. Claims are paid to BCBS weekly, approx. $1.3 million and the administration fee is paid monthly | 5,241,335 | | | 5,241,335 | 31 |
| Dental Insurance Plan | Expected liability under the benefit plans as of the filing date. Carrier is reimbursed daily | 59,446 | | | 59,446 | 32 |
| Vision Insurance Plan | Withheld from employees and vendor is paid by the Debtors | 17,011 | | | 17,011 | 33 |
| Life & Accidental Death & Dismemberment Insurance | Estimated accrued premiums as of the filing date | 45,600 | | | 45,600 | 34 |
| Supplemental Life and AD&D Insurance | Withheld from employees and vendor is paid by the Debtors | 29,558 | | | 29,558 | 35 |
| Dependent Life Insurance | Withheld from employees and vendor is paid by the Debtors | - | | | - | 36 |
| Non Union Short Term Disability Plan | No amounts are due as of the filing date. Claims are paid weekly | 40,000 | | | 40,000 | 37 |
| Union Short Term Disability Plan | Accrued premiums as of the filing date | 41,200 | | | 41,200 | 38 |
| Non Union Long Term Disability Plan | Accrued premiums as of the filing date | 52,200 | | | 52,200 | 39 |
| Union Long-term Disability Plan | Accrued premiums as of the filing date | 3,400 | | | 3,400 | 40 |
| Supplemental Disability Insurance - Non-Union | Withheld from employees and vendor is paid by the Debtors | 1,556 | | | 1,556 | 41 |
| Voluntary Disability Insurance | Withheld from employees and vendor is paid by the Debtors | - | | | - | 42 |
| Statutory Disability Coverage - NY employees | Premiums are prepaid annually | - | | | - | 43 |
| Travel Accident Insurance | Premiums are prepaid annually | - | | | - | 44 |
| Employee Assistance Plan | Accrued premiums as of the filing date. Premiums are monthly | 6,200 | | | 6,200 | 45 |
| Retiree Medical and Prescription Drug Coverage | Accrued premiums and administration fee as of the filing date | 500,000 | | | 500,000 | 46 |
| Retiree Dental, Life Insurance and Death Benefits | Accrued premiums as of the filing date | 12,940,000 | | | 12,940,000 | 50 |
| Medical Plan Administrator Fee | Amount due as of the filing date, invoiced monthly | | | 224,488 | 224,488 | 51 |

Exhibit _____
**Estimate of Employee Related Accrued Liabilities as of the Filing Date**
Note: Amounts in the Motion have been rounded

| | Discussion | [A] Entitled to Priority under Section 507 | [B] Priority and Trust Fund Taxes | [C] Other | [D] = [A] + [B] + [C] Total | Reference to Paragraph in the Motion |
|---|---|---|---|---|---|---|
| Holiday Pay | Holiday Pay earned but not taken. Employees receive wages for established holidays according to the Debtors' established holiday schedule | 3,391,902 | | | 3,391,902 | 53 |
| Vacation Obligations | Vacation earned but not taken. It is expected that Employees will primarily use their Vacation time during the remainder of 2011 and will only be paid for unused time in accordance with the Debtors' Vacation Policy | 36,287,853 | | | 36,287,853 | 59 |
| 401k | Accrued liability as of the filing date. The Debtors' contribution to the plan is funded weekly | 1,797,621 | | | 1,797,621 | 64 |
| Flexible Spending Account | Withheld from employees and vendor is paid by the Debtors | 51,564 | | | 51,564 | 66 |
| Health Savings Account | Accrued amount as of the filing date | 500 | | | 500 | 67 |
| Executive MBA Program | Expenses incurred but not reimbursed up to the filing date | | | 26,000 | 26,000 | 69 |
| Auto and Home Loans | Withheld from employees and vendor is paid by the Debtors | | | - | - | 70 |
| Long-Term Care | Withheld from employees and vendor is paid by the Debtors | - | | | - | 71 |
| Critical Illness Plan | Withheld from employees and vendor is paid by the Debtors | 1,216 | | | 1,216 | 72 |
| Other Benefits (union dues, charitable contributions, memberships, fund raising, safety equipment | Withheld from employees and vendor is paid by the Debtors | | | 119,893 | 119,893 | 73 |
| Short-Term Incentive Plan | Accrued amount as of the filing date. First payment is scheduled for Q1/2012 for the H2/2011 period. Recipients must be employed as of the date of the award is paid with certain exceptions | | | 6,400,000 | 6,400,000 | 76 |
| Profit Sharing Plan | No prepetition amounts are due since performance metrics were not met prior to termination of the plan | | | - | - | 77 |
| Performance Excellence Plan | The Debtors are not seeking authorization to make any payments under this plan | | | 1,900,000 | 1,900,000 | 78 |
| Non-Insider Retention Plan | Accrued amount as of the filing date. Payments are scheduled for Sept 30, 2011 and Dec 31, 2011. Recipients must be employed as of the determination date with certain exceptions | | | 1,420,000 | 1,420,000 | 79 |
| Union Emp Gainsharing Plan | Accrued amount as of the filing date. Quarterly payment schedule (payment is made in the month following the quarter). Participants must be employed as of the last day of the quarter | | | 525,264 | 525,264 | 84 |
| Spot Bonus Program | Accrued amount as of the filing date | | | - | - | 82 |
| Service Awards | Accrued amount as of the filing date | | | 17,000 | 17,000 | 83 |
| Long-Term Incentive Plan | Accrued amount as of the filing date. Payment is scheduled for early 2013. Participants must be employed as of December 31, 2012 | | | 4,100,000 | 4,100,000 | 84 |
| Former Severance Plan | Accrued and unpaid prepetition obligations | | | 3,184,622 | 3,184,622 | 93 |
| Total Prepetition Liability | | $ 67,720,145 | $ 7,366,309 | $ 18,694,462 | $ 93,780,915 | 8 |