# EXHIBIT C

## Insurance Chart

| Insurance Programs | | | |
|---|---|---|---|
| LINE OF COVERAGE | TERM | PREMIUM | CARRIER(S) |
| Property | April 30, 2011-12 | $4,557,915 | Factory Mutual Insurance Company |
| Workers' Compensation | April 30, 2011-12 | $959,890 | Zurich American Insurance Company<br>Zurich American Insurance Company<br>Safety National Casualty Corporation |
| General/Products Liability | April 30, 2011-12 | (includes Canadian Local Allocation) $31,610 | Zurich American Insurance Company (USA)<br>Zurich Insurance Company Ltd. (Canada) |
| Automobile Liability | April 30, 2011-12 | (includes Canadian Local Allocation) $229,308 | Zurich American Insurance Company<br>Zurich Insurance Company Ltd. |
| Foreign Liability | April 30, 2011-12 | $17,153 | Insurance Company of the State of Pennsylvania (Chartis) |
| Umbrella Liability | April 30, 2011-12 | $468,084 | Commerce & Industry Insurance Company (Chartis)<br>ACE American Insurance Company<br>American Guarantee & Liability Insurance Company (Zurich)<br>Great American Insurance Company of New York |
| Underground Storage | April 30, 2011-12 | $2,954 | ACE American Insurance Company |
| Marine Cargo | April 30, 2011-12 | $12,060 | AGCS Marine Insurance Company (Allianz) |

| Insurance Programs | | | |
|---|---|---|---|
| **LINE OF COVERAGE** | **TERM** | **PREMIUM** | **CARRIER(S)** |
| Directors & Officers | September 30, 2010-11 | $643,774 | Westchester Fire Insurance Company (ACE)<br>Illinois National Insurance Company (Chartis)<br>U.S. Specialty Insurance Company (HCC)<br>Ironshore Indemnity, Inc.<br>Zurich American Insurance Company<br>Chartis Specialty Insurance Company<br>ACE American Insurance Company<br>Everest National Insurance Company<br>Axis Insurance Company<br>Continental Casualty Company (Canada)<br>Berkley Insurance Company |

NYA 640914.35

| Insurance Programs |||| 
| --- | --- | --- | --- |
| **LINE OF COVERAGE** | **TERM** | **PREMIUM** | **CARRIER(S)** |
| Directors & Officers | September 30, 2011-12 (including six year run-off) | $3,552,942 | XL Specialty Insurance Company<br>Illinois National Insurance Company<br>U.S. Specialty Insurance Company (HCC)<br>Ironshore Indemnity, Inc.<br>Starr Indemnity and Liability Company<br>Chartis Specialty Insurance Company<br>Everest National Insurance Company<br>Axis Insurance Company<br>Continental Casualty Company<br>Berkley Insurance Company |
| Employment Practices | September 30, 2010-11 | $89,941 | National Union Fire Insurance Company of Pittsburgh PA (Chartis) |
| Fiduciary Liability | September 30, 2010-11 | $37,067 | National Union Fire Insurance Company of Pittsburgh PA (Chartis) |
| Employed Lawyers | September 30, 2010-11 | $21,899 | National Union Fire Insurance Company of Pittsburgh PA (Chartis) |
| Commercial Crime | September 30, 2010-11 | $39,684 | National Union Fire Insurance Company of Pittsburgh PA (Chartis) |
| Special Crime | September 30, 2010-11 | $3,924 | National Union Fire Insurance Company of Pittsburgh PA (Chartis) |
| Non-Owned Aviation | January 23, 2011-12 | $20,148 | Federal Insurance Company (Chubb) |

| Insurance Programs | | | |
|---|---|---|---|
| **LINE OF COVERAGE** | **TERM** | **PREMIUM** | **CARRIER(S)** |
| Pollution & Remediation Legal Liability - All Mills | December 21, 2010-13 | $438,797 | Illinois Union Insurance Company (ACE) |
| | | $189,398 | Ironshore Specialty Insurance Company |
| | | Canadian $74,575 | Illinois Union Insurance Company (ACE) |
| Pollution & Remediation - Legal Liability | December 21, 2007-17 | (US North Mills Legacy Conditions) $940,595 | Indian Harbor Insurance Company (XL) |
| | | (Maple Mills & Kim/Niagara Hydro Reset) $203,124 | |
| Pollution & Remediation - Legal Liability | December 21, 2007-17 | (Pt. Hawkesbury Legacy Conditions) Canadian $91,319 | XL Insurance Company Ltd. |
| Pt. Hawkesbury Wrap-Up Liability | November 4, 2010 - December 31, 2012 | Canadian $263,298 | Zurich Insurance Company Ltd. |
| Pt. Hawkesbury Excess Wrap-Up | November 4, 2010 - December 31, 2012 | Canadian $50,000 | Royal & Sun Alliance of Canada |
| Pt. Hawkesbury Contractor's Pollution | November 3, 2010 - December 31, 2012 | Canadian $110,000 | Chartis Insurance Company of Canada |
| Pt. Hawkesbury Errors & Omissions | November 3, 2010 - January 31, 2013 | Canadian $305,000 | Zurich Insurance Company Ltd. |

4