## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NEWPAGE CORPORATION, *et al.*,[1] ) | Case No. 11-12804 (KG) |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |

### MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF LINDSEE P. GRANFIELD

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Lindsee P. Granfield of CLEARY GOTTLIEB STEEN & HAMILTON LLP to represent Stora Enso Oyj in the above-captioned cases.

Date: September 7, 2011
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ John H. Schanne II
David B. Stratton (DE No. 960)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19801-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: strattond@pepperlaw.com
Email: schannej@pepperlaw.com

*Co-Counsel for Stora Enso Oyj*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holdings LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

#14826130 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of California, and am admitted to practice before the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of Texas, the United States District Court for the Central District of California, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Lindsee P. Granfield
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lgranfield@cgsh.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2011          _____
                                        UNITED STATES BANKRUPTCY JUDGE