**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :  Chapter 11
                                                                 :
NEWPAGE CORPORATION, *et al.*                                    :  Case No. 11-12804 (KG)
                                                                 :
         Debtors.[1]                                             :  (Joint Administration Requested)
                                                                 :
                                                                 :
---------------------------------------------------------------- x


**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

    *PLEASE TAKE NOTICE* that Blank Rome LLP ("Blank Rome") and Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") hereby enter their appearance in the above-captioned cases under title 11 of the United States Code (the "Bankruptcy Code"),on behalf of certain unaffiliated investors who are holders of (i) the 10% senior secured notes due 2012, issued pursuant to that certain indenture dated as of May 2, 2005 among NewPage Corporation, certain of its affiliates, as guarantors, and HSBC Bank USA, National Association, as trustee and (ii) the floating rate senior secured notes due 2012, issued pursuant to that certain indenture dated as of May 2, 2005 among NewPage Corporation, certain of its affiliates, as guarantors, and HSBC Bank USA, National Association, as trustee  (the "Second Lien Group") and request, pursuant to Rules 2002,

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company *(5598),* Luke Paper Company *(6265),* NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation *(6156),* NewPage Energy Services LLC (1838), NewPage Group Inc. *(2465),* NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that any and all notices given or required to be given and all papers served in connection with the above-captioned chapter 11 cases be given to and served upon the following:

<div style="display: flex;">

David W. Carickhoff, Esq.
Stanley B. Tarr, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
E-mail: carickhoff@blankrome.com
E-mail: tarr@blankrome.com

Ira S. Dizengoff, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: idizengoff@akingump.com
E-mail: pdublin@akingump.com

</div>

-and-

Joanna F. Newdeck, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-mail: jnewdeck@akingump.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the Debtors or the property of the Debtors, or any of the rights or interests held or asserted by the Second Lien Group with respect to the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Second Lien Group, including, without limitation: (a) to require that where any adversary proceeding is to be initiated against the Second

Lien Group in these or any related cases or where any proceeding is to be initiated by complaint against the Second Lien Group under applicable non-bankruptcy law, service shall be made on the Second Lien Group in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware; (c) to have a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (d) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which the Second Lien Group are or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments the Second Lien Group expressly reserve and assert.

Dated: September 8, 2011　　　　　　　　**BLANK ROME LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Stanley B. Tarr*
　　　　　　　　　　　　　　　　　　　　David W. Carickhoff (DE No. 3715)
　　　　　　　　　　　　　　　　　　　　Stanley B. Tarr (DE No. 5535)
　　　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 425-6400
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 425-6464

　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　**AKIN GUMP STRAUSS HAUER & FELD LLP**

　　　　　　　　　　　　　　　　　　　　Ira S. Dizengoff
　　　　　　　　　　　　　　　　　　　　Philip C. Dublin
　　　　　　　　　　　　　　　　　　　　Joanna F. Newdeck
　　　　　　　　　　　　　　　　　　　　One Bryant Park
　　　　　　　　　　　　　　　　　　　　New York, NY 10036-6745
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 872-1096
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 872-1002

　　　　　　　　　　　　　　　　　　　　*Attorneys for the Second Lien Group*