IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
_____x

In re                                                Chapter 11

**NEWPAGE CORPORATION, et al.,**                     Case No. 11-12804-KG

      Debtors.                                    Jointly Administered
_____x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marianne Goldstein Robbins and Sara J. Geenan appear in this case on behalf of the International Brotherhood of Electrical Workers Local 1147, the International Association of Machinists and Aerospace Workers Local Lodge 655 and Plumbers and Steamfitters UA Local 434, and their members. We request that all notices required to be given or required to be served in this case, including but not limited to notices, applications, motions, petitions, orders, pleadings, complaints or demands, whether transmitted or conveyed by mail delivery, telephone, telex, or conveyed by mail delivery or ECF filing, be given to and served upon the undersigned at the addresses and telephone numbers set forth below.

Dated this 8th day of September, 2011.

        /s/Marianne Goldstein Robbins
        MARIANNE GOLDSTEIN ROBBINS
        SARA J. GEENAN
        PREVIANT, GOLDBERG, UELMEN,
        GRATZ, MILLER & BRUEGGEMAN, S.C.
        1555 North RiverCenter Drive, Suite 202
        P.O. Box 12993
        Milwaukee, WI  53212
        Telephone:  414-271-4500
        Facsimile:   414-271-6308
        mgr@previant.com
        sjg@previant.com

ATTORNEYS FOR INT'L BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1147, INT'L ASS'N OF MACHINISTS & AEROSPACE WORKERS LOCAL LODGE 655, AND PLUMBERS & STEAMFITTERS UA LOCAL 434, AND THEIR MEMBERS

s:\docs\ele147\00000\m0474779.doc