# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re : Chapter 11
 : 
NEWPAGE CORPORATION, et al.,[1] : Case No. 11-12804 (KG)
 : 
Debtors. : Jointly Administered
 : 
---------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to the Official Committee of Unsecured Creditors (the "Committee") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in these chapter 11 cases (the "Chapter 11 Cases"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

| | |
|---|---|
| Luc A. Despins, Esq.<br>Leslie A. Plaskon, Esq.<br>Aaron M. Klein, Esq.<br>PAUL HASTINGS LLP<br>75 East 55th Street<br>New York, NY 10022<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>E-Mail: lucdespins@paulhastings.com<br>      leslieplaskon@paulhastings.com<br>      aaronklein@paulhastings.com | James L. Patton, Jr., Esq.<br>M. Blake Cleary, Esq.<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR, LLP<br>The Brandywine Building – 17th Floor<br>1000 West Street<br>Post Office Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-Mail: jpatton@ycst.com<br>      mbcleary@ycst.com |

Robert E. Winter, Esq.
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
E-Mail: robertwinter@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors, or property of the Debtors, or the Committee.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claim, claims or suits filed in the Chapter 11 Cases shall be deemed or construed as a waiver of any rights of the Committee to (i) have final orders in any non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which the Committee is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 22, 2011  YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Blake Cleary
James L. Patton, Jr. (No. 2202)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street
Post Office Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

PAUL HASTINGS LLP
Luc A. Despins
Leslie A. Plaskon
Aaron M. Klein
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

– and –

Robert E. Winter
875 15th Street, N.W.
Washington, DC 20005
Telephone: 202.551.1700
Facsimile: 202.551.1705

*Counsel to the Official Committee of Unsecured Creditors*