UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| NewPage Corporation, et al. | : | Case No. 11-12804 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **HSBC Bank USA, National Association** Attn: Sandra Horwitz, 10 East 40th Street, 14th Floor, New York, NY 10016, Phone:212-525-1358, Fax: 212-252-1366

2. **Deutsche Bank Trust Company Americas**, Attn: Rodney Gaughan, 60 Wall Street, MS NYC 60-2710, New York, NY 10005, Phone: 212-250-2935, Fax: 212-797-8610

3. **US Bank National Assocation**, Attn: Timothy Sandell, 60 Livingston Avenue, Saint Paul, MN 55107, Phone: 651-495-3959, Fax: 651-495-8100

4. **Alden Global Distressed Opportunities Master Fund, L.P. c/o Alden Global Capital,**, Attn: Alex Zyngier, 885 3rd Avenue, 34th Floor, New York, NY 10022, Phone: 212-888-5500, Fax: 212-751-9503

5. **Pension Benefit Guaranty Corporation**, Attn: Darren Huff, 1200 K. Street NW, Washington, DC 20005, Phone: 202-326-4070, Fax:202-842-2643

6. **United Steelworkers**, Attn: David Jury, Five Gateway Center, Room 807, Pittsburgh, PA 15222, Phone: 412-562-2545, Fax: 412-562-2574

7. **Eugene Davis, as Litigation Trustee for the Quebecor World Litigation Trust**, Attn: Joseph L. Steinfeld, Jr., 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121, Phone: 651-289-3850, Fax: 651-406-9676

8. **OMNOVA Solutions Inc.**, Attn: Chet Fox, 175 Ghent Road, Fairlawn, OH 44333, Phone: 330-869-4279, Fax: 330-869-4210

9. **National Starch LLC**, Attn: Larry Karr, 10 Finderne Avenue, Bridgewater, NJ 08807, Phone: 908-685-5069

ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ David Klauder for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 23, 2011

Attorney assigned to this Case: David Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400