IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
*In re*:
: Chapter 11
:
: Case No. 11-12804 (KG)
NEWPAGE CORPORATION *et al.*,[1] :
: Jointly Administered
Debtors. :
:
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Ricardo Tejeda Romero, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On November 1, 2011, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail upon the service list attached hereto as **Exhibit A**; and via Electronic mail upon the service list attached hereto as **Exhibit B**:

- **Second Supplemental Affidavit of Disclosure by Philip M. Abelson in Support of Debtors' Application to Employ and Retain Dewey & Leboef LLP as Attorneys for the Debtors [Docket No. 429]**

Dated: November 2, 2011

/s/ Ricardo Tejeda Romero

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2nd day of November, 2011, by Ricardo Tejeda Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: /s/ Elizabeth Marie Barnett

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Service LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

# Exhibit A

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel for G & S Coal Company Inc | Adelberg Rudow Dorf & Hendler LLC | Leslie J Polt | 7 Saint Paul St Ste 600 | | Baltimore | MD | 21202 |
| Counsel for Airgas Inc | Airgas Inc | Mr David Boyle | 259 Radnor Chester Rd Ste 100 | PO Box 6675 | Radnor | PA | 19087-8675 |
| Counsel to the Second Lien Group | Akin Gump Strauss Hauer & Feld LLP | Attn Ira S Dizengoff Esq and Philip Dublin Esq | One Bryant Park | | New York | NY | 10036-6745 |
| Counsel for the Second Lien Group | Akin Gump Strauss Hauer & Feld LLP | Joanna F Newdeck | Robert S Strauss Building | 1333 New Hampshire Ave NW | Washington | DC | 20036-1564 |
| Official Committee of Unsecured Creditors | Alden Global Distressed Opportunities Master Fund LP c/o Alden Global Capital | Attn Alex Zyngier | 885 3rd Ave 34th Fl | | New York | NY | 10022 |
| Counsel for Andritz (USA) Inc | Andritz USA Inc | Deborah B Zink Senior Counsel | 1115 Northmeadow Parkway | | Roswell | GA | 30076 |
| Counsel for Texas Gas Transmission LLC | Ashby & Geddes PA | Don A Beskron Amanda M Winfree | 500 Delaware Ave 8th Fl | PO Box 1150 | Wilmington | DE | 19899 |
| Counsel for ALLETE Inc dba Minnesota Power | Ashby & Geddes PA | Ricardo Palacio Karen B Skomorucha | 500 Delaware Ave 8th Fl | PO Box 1150 | Wilmington | DE | 19899 |
| Counsel for TexPar Energy LLC, American Asphalt of Wisconsin | Ashby & Geddes PA | William P Bowden & Leigh-Anne M Raport | 500 Delaware Ave | PO Box 1150 | Wilmington | DE | 19899 |
| Counsel for Eugene I Davis Litigation Trustee for the Quebecor World Litigation Trust & Official Committee of Unsecured Creditors | ASK Financial LLP | Joseph L Steinfeld Gary D Underdahl | 2600 Eagan Woods Dr Ste 400 | | St Paul | MN | 55121 |
| Counsel for EI DuPont de Nemours & Company | Ballard Spahr LLP | Tobey M. Daluz | 919 N Market St 11th Fl | | Wilmington | DE | 19801 |
| Counsel for Motion Industries Inc | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 |
| Counsel for Bacco Construction Company | Barnes & Thornburg LLP | David M Powlen | 1000 N West St Ste 1200 | | Wilmington | DE | 19801 |
| Counsel for Bacco Construction Company | Barnes & Thornburg LLP | John T Gregg | 171 Monroe Ave NW Ste 1000 | | Grand Rapids | MI | 49503 |
| Counsel for Buckman Laboratories, Inc | Bayard PA | Ashley B Stitzer & Evan T Miller | 222 Delaware Ave Ste 900 | | Wilmington | DE | 19801 |
| Counsel for Hartt Transportation Services Inc | Bernstein Shur Sawyer & Nelson PA | Michael A Fagone Jeremy R Fischer | 100 Middle St | PO Box 9729 | Portland | ME | 04104-5029 |
| Counsel for AirTek Construction Inc | Bifferato Gentilotti LLC | Garvan F McDaniel & Mary E Augustine | 800 N King St Plaza Level | | Wilmington | DE | 19801 |
| Counsel for KaMin LLC | Bifferato LLC | Thomas F Driscoll III & Kevin G Collins | 800 N King St | | Wilmington | DE | 19801 |
| Counsel for West Fraser Timber Co Ltd | Blakeley & Blakeley LLP | Scott E Blakeley David M Mannion | 100 Park Ave Ste 1600 | | New York | NY | 10017 |
| Counsel for the Second Lien Group | Blank Rome LLP | David W Carickhoff Stanley B Tarr | 1201 Market St Ste 800 | | Wilmington | DE | 19801 |
| Counsel for ALLETE Inc dba Minnesota Power | Briggs and Morgan | Richard D Anderson | 2200 IDS Center | 80 S 8th St | Minneapolis | MN | 55402 |
| Counsel for SAP America Inc | Brown & Connery LLP | Attn Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 |
| Counsel for Nalco Company | Brown Stone Nimeroff LLC | Jami B. Nimeroff | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 |
| Counsel for Deutsche Bank Trust Company Americas, as Indenture Trustee for Newpage Group, Inc.'s Floating Rate Senior Unsecured PIK Notes due 2015 | Bryan Cave LLP | Michelle McMahon & Stephanie Wickouski | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Counsel for Oracle America Inc | Buchalter Nemer | Shawn M Christianson | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 |
| Counsel for C Reiss Coal Company | Buchanan Ingersoll & Rooney PC | Mary F Caloway | 1105 N Market St Ste 1900 | | Wilmington | DE | 19801 |
| Counsel for Anixter Inc | Campbell & Levine LLC | Marla R Eskin & Ayesha Chacko Bennett | 800 N King St Ste 300 | | Wilmington | DE | 19801 |
| Equity Security Holders | Cerberus Capital Management LP | | 299 Park Ave | | New York | NY | 10171 |
| Paymentech LLC | Chase Paymentech Solutions LLC | Attn Lazonia Clark Business Analyst | 14221 Dallas Pkwy Bldg II | | Dallas | TX | 75254 |
| Counsel for Hydrite Chemical Co; special counsel to the Debtors | Ciardi Ciardi & Astin | Daniel K. Astin John D McLaughlin Joseph J McMahon | 919 N Market St Ste 700 | | Wilmington | DE | 19801 |
| Counsel for Stora Enso Oyj | Cleary Gottlieb Steen & Hamilton LLP | Lindsee P Granfield & Christopher P Moore | One Liberty Plz | | New York | NY | 10006 |
| Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Internation Union (United Steelworkers) | Cohen Weiss & Simon LLP | Richard Seltzer | 330 W 42nd St | | New York | NY | 10036-6901 |
| Counsel for Greatwiede Dedicated Transport III LLC and AM-Can Transport Service LLC | Conner & Winters LLP | Andrew R Turner | 4000 One Williams Center | | Tulsa | OK | 74172-0148 |
| Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Internation Union (United Steelworkers) | Cooch and Taylor PA | Susan E Kaufman | 1000 W St 10th Fl PO Box 1680 | The Brandywine Building | Wilmington | DE | 19899 |
| Counsel for FMC Coporation | Curtin & Heefner LLP | Robert Szwajkos | 250 N Pennsylvania Ave | | Morrisville | PA | 19067 |
| Counsel for Falls Hydro LLC | Curtis Thaxter LLC | Regan M. Haines | One Canal Plz Ste 1000 | PO Box 7320 | Portland | OR | 04101-7320 |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel to JPMorgan Chase, N.A., as Administrative Agent for the proposed debtor in possession financing, | Davis Polk & Wardell LLP | Marshall Huebner Damian Schaible Eli Vonnegut Peter Kim | 450 Lexington Ave | | New York | NY | 10017 |
| Counsel for Wells Fargo Bank Northwest NA as Indenture Trustee ("Indenture Trustee"), under the Trust Indenture and Security Agreement (CPI 1997), dated as of December 23, 1997 | Dechert LLP | Glenn E Siegel & Craig P Druehl | 1095 Avenue of the Americas | | New York | NY | 10036 |
| Counsel for Wells Fargo Bank Northwest NA as Indenture Trustee ("Indenture Trustee"), under the Trust Indenture and Security Agreement (CPI 1997), dated as of December 23, 1997 | Dechert LLP | Janet Bollinger | 2929 Arch St | | Philadelphia | PA | 19104 |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of the State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE Secretary of State | Delaware Secretary of the State | Division of Corporations Franchise Tax | PO Box 7040 | | Dover | DE | 19903 |
| DE Secretary of Treasury | Delaware Secretary of the Treasury | | PO Box 898 | | Dover | DE | 19903 |
| DE Secretary of Treasury | Delaware Secretary of the Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| Official Committee of Unsecured Creditors | Deutsche Bank Trust Company Americas | Attn Rodney Gaughan | 60 Wall St MSNYC 60-2710 | | New York | NY | 10005 |
| Counsel for The Dow Chemical Company, Rohn and Haas Chemicals LLC, Dow Chemical Canada ULC, and Rohm and Haas Canada LP | Dilworth Paxson LLP | Scott J Freedman | 457 Haddonfield Rd Ste 700 | | Cherry Hill | NJ | 08002 |
| Counsel for Wisconsin Gas LLC | DLA Piper LLP | Dale K Cathell | 6225 Smith Ave | | Baltimore | MD | 21209-3600 |
| Counsel for Wisconsin Gas LLC | DLA Piper LLP | Stuart Brown & Michelle Marino | 919 N Market St Ste 1500 | | Wilmington | DE | 19801 |
| Counsel for U.S. Bank National Association, as trustee for the Floating Rate Senior Unsecured PIK Notes Due 2013 | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel & Robert W. Mallard | 300 Delaware Ave Ste 1010 | | Wilmington | DE | 19801 |
| Counsel for Wells Fargo Bank Northwest NA as Indenture Trustee ("Indenture Trustee"), under the Trust Indenture and Security Agreement (CPI 1997), dated as of December 23, 1997 | Duane Morris LLP | Michael R Lastowski & Sommer L Ross | 222 Delaware Ave Ste 1600 | | Wilmington | DE | 19801 |
| Counsel to Bank of New York Mellon, as indenture trustee for the Prepetition First Lien Notes | Emmet Marvin & Martin LLP | Elizabeth Frayer Esq and Elizabeth Clark Esq | 120 Broadway 32nd Fl | | New York | NY | 10271 |
| Counsel for Buckman Laboratories, Inc | Farris Bobango Branan PLC | Malcolm B Futhey III | 999 S Shady Grove Rd Ste 500 | | Memphis | TN | 38120 |
| Counsel for FPL Energy Maine Hydro LLC | FPL Energy Maine Hydro LLC | Rachel S Budke | 700 Universe Blvd | | Juno Beach | FL | 33408 |
| Counsel for Avery Dennison | Frantz Ward LLP | John F Kostelnik & Timothy J Richards | 2500 Key Center | 127 Public Square | Cleveland | OH | 44114 |
| Counsel for Accenture LLP and ProQuire LLC | Freeborn & Peters LLP | Aaron L Hammer | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606 |
| Counsel for Accenture LLP and ProQuire LLC | Freeborn & Peters LLP | Shira R. Isenberg | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606 |
| Counsel for Accenture LLP and ProQuire LLC | Freeborn & Peters LLP | Thomas R Fawkes | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606 |
| Counsel for Papyrus Properties LLC | Frost Brown Todd LLC | Joseph B Wells | 3300 Great American Tower | 301 E Fourth St | Cincinnati | OH | 45202 |
| Counsel for Western Lake Superior Sanitary District | Fryberger Buchanan Smith & Frederick PA | David R Oberstar | 302 W Superior St Ste 700 | | Duluth | MN | 55802 |
| Counsel for Texas Gas Transmission LLC | Gardere Wynne Sewell LLP | John P Melko Clinton R Snow | 1000 Louisiana Ste 3400 | | Houston | TX | 77002-5011 |
| Counsel for GE Energy | GE Energy | Glenn M Reisman | Two Corporate Dr Ste 234 | | Shelton | CT | 06484 |
| Counsel for Sonoco Products Company | Haynsworth Sinkler Boyd PA | Tara E Nauful | PO Box 340 | | Charleston | SC | 29402-0340 |
| Counsel for U.S. Bank National Association, as trustee for the Floating Rate Senior Unsecured PIK Notes Due 2013 | Hogan Lovells Us LLP | Robin Keller & Daniel Lanigan | 875 Third Ave | | New York | NY | 10022 |
| Official Committee of Unsecured Creditors | HSBC Bank USA National Association | Attn Sandra Horwitz | 10 E 40th St 14th Fl | | New York | NY | 10016 |
| Counsel for International Business Machines (IBM) | IBM Corporation | Attn Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Counsel for C Reiss Coal Company | Jones Walker | Elizabeth J Futrell | 201 St Charles Ave | | New Orleans | LA | 70170 |
| Counsel for KaMin LLC | Kelly Hart & Hallman LLP | Michael McConnell & Nancy Ribaudo | 201 Main St Ste 2500 | | Fort Worth | TX | 76102 |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel for Kemira Chemicals, Inc | Kilpatrick Townsend & Stockton LLP | Mark A Fink | 1100 Peachtree St NE Ste 2800 | | Atlanta | GA | 30309-4530 |
| Counsel for Kohner Mann & Kailas S.C. | Kohner Mann & Kailas SC | Attn Samuel C Wisotzkey | Washington Building Barnabas Business Center | 4650 N Port Washington Rd | Milwaukee | WI | 53212-1059 |
| Counsel for Tarrant County & Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Counsel for E. Thomas Curley | Loizides PA | Christopher D Loizides | 1225 King St Ste 800 | | Wilmington | DE | 19801 |
| Counsel for CSX Transportation Inc | McGuireWoods LLP | John H. Maddock III | One James Ctr | 901 E Cary St | Richmond | VA | 23219 |
| Counsel to the First Lien Group; Counsel for certain unaffiliated investors (the "Ad Hoc First Lien Noteholders") who are holders of the 11.375% Senior Secured Notes due 2014 issued by NewPage Corporation pursuant to that certain Indenture, dated as of September 30, 2009 | Milbank Tweed Hadley & McCloy LLP | Andrew M Leblanc | 1850 K St NW Ste 1100 | | Washington | DC | 20006 |
| Counsel to the First Lien Group; Counsel for certain unaffiliated investors (the "Ad Hoc First Lien Noteholders") who are holders of the 11.375% Senior Secured Notes due 2014 issued by NewPage Corporation pursuant to that certain Indenture, dated as of September 30, 2009 | Milbank Tweed Hadley & McCloy LLP | Dennis F Dunne Evan R Fleck & Samuel A Khalil | 1 Chase Manhattan Plz | | New York | NY | 10005 |
| Counsel for Canexus US Inc & Plum Creek Marketing Inc and Plum Creek Maine Marketing Inc | Miller Nash LLP | John R Knapp Jr | 4400 Two Union Sq | 601 Union St | Seattle | WA | 98101 |
| Counsel for Hayes Pump Inc | Mirick OConnell DeMallie & Lougee LLP | Paul W Carey | 100 Front St | | Worcester | MA | 01608-1477 |
| Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | Eva Holtz Vlachynsky | PO Box 475 | Jefferson City | MO | 65105-0475 |
| Counsel for Consolidated Electrical Distributors Inc | Monzack Mersky McLaughlin and Browder PA | Brian J McLaughlin | 1201 N Orange St Ste 400 | | Wilmington | DE | 19801 |
| Counsel for Hagemeyer North America | Moore & Van Allen PLLC | Cynthia Jordan Lowery | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 |
| Counsel for B&B Electrical Contractors, Inc | Morris James LLP | Brett D Fallon | 500 Delaware Ave Ste 1500 | | Wilmington | DE | 19899-2306 |
| Counsel for Dixie Pulp & Paper Inc & City Carton Company Inc. | Morris James LLP | Stephen M Miller & Carl N Kunz III | 500 Delaware Ave Ste 1500 | | Wilmington | DE | 19801 |
| Counsel to the First Lien Group; Counsel for certain unaffiliated investors (the "Ad Hoc First Lien Noteholders") who are holders of the 11.375% Senior Secured Notes due 2014 issued by NewPage Corporation pursuant to that certain Indenture, dated as of September 30, 2009 | Morris Nichols Arsht & Tunnell LLP | Robert J Dehney & Daniel B Butz | 1201 N Market St | PO Box 1347 | Wilmington | DE | 19899-1347 |
| Official Committee of Unsecured Creditors | National Starch LLC | Attn Larry Karr | 10 Finderne Ave | | Bridgewater | NJ | 08807 |
| Counsel for American PowerNet Management, LP | Nixon Peabody LLP | Lee Harrington | 100 Summer St | | Boston | MA | 02110-1832 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| DE AG Office | Office of the US Attorney General | Joseph R Biden III | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| Office of the United States Trustee for the District of Delaware | Office of United States Trustee District of Delaware | | 844 King St Ste 2207 | | Wilmington | OH | 19801 |
| Official Committee of Unsecured Creditors | OMNOVA Solutions Inc | Attn Chet Fox | 175 Ghent Rd | | Fairlawn | OH | 44333 |
| Counsel for Weyerhauser Inc | Orrick Herrington & Sutcliffe LLP | Robert L Sills & Raniero DAversa | 51 W 52nd St | | New York | NY | 10019-6142 |
| Counsel to Wells Fargo Capital Finance LLC, as administrative agent for the Prepetition Senior Secured Revolver | Otterbourg Steindler Houston & Rosen PC | Attn Matthew Miller Esq John Paul Igoe Esq and Jonathan Helfat Esq | 230 Park Ave | | New York | NY | 10169 |
| Counsel for Wells Fargo Capital Finance LLC as Co-Collateral Agent under that Certain Superpriority Debtor-in-Possession Credit and Guaranty Agreement, dated as of September 8, 2011 | Otterbourg Steindler Houston & Rosen PC | Jonathan N Helfat & Daniel F Fiorillo | 230 Park Ave | | New York | NY | 10169 |
| Counsel for New England Controls Inc | Partridge Snow & Hahn LLP | Patricia Antonelli | 180 S Main St | | Providence | RI | 02903 |
| Counsel for the Official Committee of Unsecured Creditors | Paul Hastings LLP | Luc A Despins Leslie A Plaskon & Aaron M Klein | 75 E 55th St | | New York | NY | 10022 |

Exhibit A
Core Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Paul Hastings LLP | Robert E Winter | 875 15th St NW | | Washington | DC | 20005 |
| Counsel for Stora Enso Oyj | Pepper Hamilton LLP | David B Stratton Esq & John H Schanne Esq | 1313 Market St | Hercules Plaza Ste 5100 PO Box 1709 | Wilmington | DE | 19899 |
| Counsel fo Aon Hewitt | Post & Schell PC | Brian W Bisigani | 17 N 2nd St 12th Fl | | Harrisburg | PA | 17101-1601 |
| Counsel for Potlatch Corporation | Potlatch Corporation | Lorrie D Scott VP General Counsel & Corp Secretary | 601 W 1st Ave Ste 1600 | | Spokane | WA | 99201 |
| Counsel for Potlatch Corporation | Potter Anderson & Corroon LLP | Theresa V Brown Edwards Ryan M Murphy | 1313 N Market St | PO Box 951 | Wilmington | DE | 19801 |
| Counsel for Int'l Brotherhood of Electrical Workers Local 1147, Int'l Ass'n of Machinists & Aerospace Workers Local Lodge 655, and Plumbers & Steamfitters UA Local 434, abd their Members | Previant Goldberg Uelmen Gratz Miller & Brueggeman SC | Marianne Goldstein Robbins Sara J Geenan | 1555 N RiverCenter Dr Ste 202 | PO Box 12993 | Milwaukee | WI | 53212 |
| Counsel to HSBC Bank USA, National Association, as indenture trustee for (i) Prepetition Second Lien Fixed Rate Notes, (ii) the Prepetition Second Lien Floating Rate Notes, (iii) the Prepetition Senior Unsecured Notes, (iv) the NewPage Holding PIK Notes, and (v) the NewPage Group PIK Notes, | Pryor Cashman LLP | Attn Michael Fruchter Esq & Sean Connery Esq | 7 Times Square | | New York | NY | 10036 |
| Counsel for Wilmington Trust, National Association indenture trustee to the 10% Senior Secured Notes due 2012 | Pryor Cashman LLP | Tina N Moss | 7 Times Square | | New York | NY | 10036-6569 |
| Counsel for Hydrite Chemical Co | Quarles & Brady LLP | Robert P Harris & Brian M Metcalf | Two N Central Ave | | Phoenix | AZ | 85004 |
| Counsel for JPMorgan Chase Bank NA | Richards Layton & Finger PA | Mark D Collins Lee E Kaufman | One Rodney Sq | 920 N King St | Wilmington | DE | 19801 |
| Counsel for Anixter Inc | Schiff Hardin LLP | Jason M Torf | 233 S Wacker Dr Ste 6600 | | Chicago | IL | 60606 |
| SEC Headquarters | Securities & Exchange Commission | | 100 F St NE | | Washington | DC | 20549 |
| SEC Regional Office | Securities & Exchange Commission | Allen Maiza Regional Director | 3 World Financial Center Rm 4300 | | New York | NY | 10281 |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | Philadelphia | PA | 19106-1532 |
| Counsel for Weavexx Corporation & Xerium Technologies Inc | Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Amos U Priester IV and Anna B Osterhout | PO Box 2611 | | Raleigh | NC | 27602-2611 |
| Counsel for Airgas Inc | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | The Corporate Plz | 800 Delaware Ave Ste 1000 PO Box 410 | Wilmington | DE | 19899 |
| Counsel for Kingsford Manufacturing Company | Spilman Thomas & Battle PLLC | James H Joseph | One Oxford Centre Ste 3440 | 301 Grant St | Pittsburgh | PA | 15219 |
| Counsel for Specialty Minerals Inc | Squire Sanders and Dempsey (US) LLP | G. Christopher Meyer & Sherri L. Dahl & Peter R. Morrison | 127 Public Square Ste 4900 | | Cleveland | OH | 44114 |
| Equity Security Holders | Stora Enso Oyj | | Kanavaranta 1 | PO Box 309 FI-00101 | Helsinki | | |
| Counsel for Synagro Central, LLC | Stradley Ronon Stevens & Young LLP | Mark J Dorval | 2600 One Commerce Sq | | Philadelphia | PA | 19103 |
| Counsel for Shell Energy North America US LP | Sutherland Asbill & Brennan LLP | Attn Mark D Sherrill | 1275 Pennsylvania Ave NW | | Washington | DC | 20004-2415 |
| Counsel for Shell Energy North America US LP | Sutherland Asbill & Brennan LLP | Attn Paul B Turner | 1001 Fannin Ste 3700 | | Houston | TX | 77002 |
| Counsel for TW Telecom Inc | TW Telecom Inc | Linda Boyle | 10475 Park Meadows Dr No 400 | | Littleton | CO | 80124 |
| Counsel for Nalco Company | Ungaretti & Harris LLP | R. Scott Alsterda Theodore E. Harman & David R. Doyle | Three First National Plaza | 70 West Madison Ste 3500 | Chicago | IL | 60602 |
| Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Internation Union (United Steelworkers) & Official Committee of Unsecured CreditorS | United Steelworkers | Associate General Counsel | David R Jury | Five Gateway Center Rm 807 | Pittsburgh | PA | 15222 |
| US Attorneys Office | US Attorneys Office | Charles Oberly c o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Counsel for U.S. Bank National Association, as trustee for the Floating Rate Senior Unsecured PIK Notes Due 2013 & Official Committee of Unsecured Creditors | US Bank National Association | Timothy Sandell Vice President | 60 Livingston Ave | Corporate Trust Services | St Paul | MN | 55107-2292 |
| Counsel for Maine Conveyor Inc | Verrill Dana LLP | Jonathan R. Doolittle | One Portland Square | PO Box 586 | Portland | ME | 04112-0586 |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel for Ashland Hercules Water Technologies | Vorys Sater Seymour and Pease LLP | Reginald W Jackson | 52 East Gay St | | Columbus | OH | 43215 |
| Counsel for Integrys Energy Service Inc | White and Williams LLP | James S Yoder | 824 N Market St Ste 902 | PO Box 709 | Wilmington | DE | 19899-0799 |
| Counsel for Millennium Inorganic Chemicals Inc | Whiteford Taylor & Preston LLP | John F Carlton | Seven St Paul St | | Baltimore | MD | 21202 |
| Counsel for Millennium Inorganic Chemicals Inc | Whiteford Taylor & Preston LLP | Stephen B Gerald | Seven St Paul St | | Baltimore | MD | 21202 |
| Counsel for B&B Electrical Contractors, Inc | Whyte Hirschboeck Dudek SC | Daniel J McGarry | 33 East Main St Ste 300 | | Madison | WI | 53703-4655 |
| Counsel for Wilmington Trust, National Association indenture trustee to the 10% Senior Secured Notes due 2012 | Wilmington Trust National Association | Attn Patrick J Healy | 1100 N Market St. | Rodney Square North | Wilmington | DE | 19890-1600 |
| Counsel for Andritz (USA) Inc | Womble Carlyle Sandridge & Rice PLLC | Mark L Desgrosseilliers | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801 |
| Counsel for the Official Committee of Unsecured Creditors | Young Conaway Stargatt & Taylor LLP | James L Patton Jr & M Blake Cleary | 1000 West St | Brandywine Building 17th Floor PO Box 391 | Wilmington | DE | 19899-0391 |

# Exhibit B

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for G & S Coal Company Inc | Adelberg Rudow Dorf & Hendler LLC | Leslie J Polt | LPolt@AdelbergRudow.com |
| Counsel for Airgas Inc | Airgas Inc | Mr David Boyle | david.boyle@airgas.com |
| Counsel to the Second Lien Group | Akin Gump Strauss Hauer & Feld LLP | Attn Ira S Dizengoff Esq and Philip Dublin Esq | idizengoff@akingump.com; pdublin@akingump.com |
| Counsel for the Second Lien Group | Akin Gump Strauss Hauer & Feld LLP | Joanna F Newdeck | jnewdeck@akingump.com |
| Counsel for Andritz (USA) Inc | Andritz USA Inc | Deborah B Zink Senior Counsel | deborah.zink@andritz.com |
| Counsel for Texas Gas Transmission LLC | Ashby & Geddes PA | Don A Beskron Amanda M Winfree | dbeskrone@ashby-geddes.com; awinfree@ashby-geddes.com |
| Counsel for ALLETE Inc dba Minnesota Power | Ashby & Geddes PA | Ricardo Palacio Karen B Skomorucha | rpalacio@ashby-geddes.com; kskomorucha@ashby-geddes.com |
| Counsel for TexPar Energy LLC, American Asphalt of Wisconsin | Ashby & Geddes PA | William P Bowden & Leigh-Anne M Raport | LRaport@ashby-geddes.com wbowden@ashby-geddes.com |
| Counsel for Eugene I Davis Litigation Trustee for the Quebecor World Litigation Trust & Official Committee of Unsecured Creditors | ASK Financial LLP | Joseph L Steinfeld Gary D Underdahl | jsteinfeld@askfinancial.com; gunderdahl@askfincial.com |
| Counsel for EI DuPont de Nemours & Company | Ballard Spahr LLP | Tobey M. Daluz | daluzt@ballardspahr.com |
| Counsel for Motion Industries Inc | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | kim.robinson@bfkn.com |
| Counsel for Bacco Construction Company | Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com |
| Counsel for Bacco Construction Company | Barnes & Thornburg LLP | John T Gregg | jgregg@btlaw.com |
| Counsel for Buckman Laboratories, Inc | Bayard PA | Ashley B Stitzer & Evan T Miller | astitzer@bayardlaw.com emiller@bayardlaw.com |
| Counsel for Hartt Transportation Services Inc | Bernstein Shur Sawyer & Nelson PA | Michael A Fagone Jeremy R Fischer | mfagone@bernsteinshur.com; jfischer@bernsteinshur.com |
| Counsel for AirTek Construction Inc | Bifferato Gentilotti LLC | Garvan F McDaniel & Mary E Augustine | maugustine@bglawde.com |
| Counsel for KaMin LLC | Bifferato LLC | Thomas F Driscoll III & Kevin G Collins | Tdriscoll@Bifferato.com Kcollins@Bifferato.com |
| Counsel for West Fraser Timber Co Ltd | Blakeley & Blakeley LLP | Scott E Blakeley David M Mannion | seb@blakeleyllp.com; dmannion@blakeleyllp.com |
| Counsel for the Second Lien Group | Blank Rome LLP | David W Carickhoff Stanley B Tarr | carickhoff@blankrome.com; tarr@blankrome.com |
| Counsel for ALLETE Inc dba Minnesota Power | Briggs and Morgan | Richard D Anderson | Randerson@Briggs.com |
| Counsel for SAP America Inc | Brown & Connery LLP | Attn Donald K Ludman | dludman@brownconnery.com |
| Counsel for Nalco Company | Brown Stone Nimeroff LLC | Jami B. Nimeroff | jnimeroff@bsnlawyers.com |
| Counsel for Deutsche Bank Trust Company Americas, as Indenture Trustee for Newpage Group, Inc.'s Floating Rate Senior Unsecured PIK Notes due 2015 | Bryan Cave LLP | Michelle McMahon & Stephanie Wickouski | michelle.mcmahon@bryancave.com Stephanie.wickouski@bryancave.com |
| Counsel for Oracle America Inc | Buchalter Nemer | Shawn M Christianson | schristianson@buchalter.com |
| Counsel for C Reiss Coal Company | Buchanan Ingersoll & Rooney PC | Mary F Caloway | mary.caloway@bipc.com |

# Exhibit B
## Core/2002 Email Service List

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Anixter Inc | Campbell & Levine LLC | Marla R Eskin & Ayesha Chacko Bennett | meskin@camlev.com<br>abennett@camlev.com |
| Paymentech LLC | Chase Paymentech Solutions LLC | Attn Lazonia Clark Business Analyst | Lazonia.Clark@chasepaymentech.com |
| Counsel for Hydrite Chemical Co; special counsel to the Debtors | Ciardi Ciardi & Astin | Daniel K. Astin John D McLaughlin Joseph J McMahon | dastin@ciardilaw.com<br>JMcMahon@ciardilaw.com |
| Counsel for Stora Enso Oyj | Cleary Gottlieb Steen & Hamilton LLP | Lindsee P Granfield & Christopher P Moore | lgranfield@cgsh.com;<br>cmoore@cgsh.com |
| Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Internation Union (United Steelworkers) | Cohen Weiss & Simon LLP | Richard Seltzer | rseltzer@cwsny.com |
| Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Internation Union (United Steelworkers) | Cooch and Taylor PA | Susan E Kaufman | skaufman@coochtaylor.com |
| Counsel for FMC Coporation | Curtin & Heefner LLP | Robert Szwajkos | rsz@curtinheefner.com |
| Counsel for Falls Hydro LLC | Curtis Thaxter LLC | Regan M. Haines | rhaines@curtisthaxter.com |
| Counsel to JPMorgan Chase, N.A., as Administrative Agent for the proposed debtor in possession financing, | Davis Polk & Wardell LLP | Marshall Huebner Damian Schaible Eli Vonnegut Peter Kim | marshall.huebner@davispolk.com;<br>damian.schaible@davispolk.com;<br>eli.vonnegut@davispolk.com;<br>peter.kim@davispolk.com |
| Counsel for Wells Fargo Bank Northwest NA as Indenture Trustee ("Indenture Trustee"), under the Trust Indenture and Security Agreement (CPI 1997), dated as of December 23, 1997 | Dechert LLP | Glenn E Siegel & Craig P Druehl | glenn.siegel@dechert.com<br>craig.druehl@dechert.com |
| Counsel for Wells Fargo Bank Northwest NA as Indenture Trustee ("Indenture Trustee"), under the Trust Indenture and Security Agreement (CPI 1997), dated as of December 23, 1997 | Dechert LLP | Janet Bollinger | janet.bollinger@dechert.com |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of the State | Division of Corporations Franchise Tax | DOSDOC_WEB@state.de.us |
| DE Secretary of Treasury | Delaware Secretary of the Treasury | | statetreasurer@state.de.us |
| DE Secretary of Treasury | Delaware Secretary of the Treasury | | statetreasurer@state.de.us |
| Counsel for The Dow Chemical Company, Rohn and Haas Chemicals LLC, Dow Chemical Canada ULC, and Rohm and Haas Canada LP | Dilworth Paxson LLP | Scott J Freedman | sfreedman@dilworthlaw.com |
| Counsel for Wisconsin Gas LLC | DLA Piper LLP | Dale K Cathell | dale.cathell@dlapiper.com |
| Counsel for Wisconsin Gas LLC | DLA Piper LLP | Stuart Brown & Michelle Marino | stuart.brown@dlapiper.com<br>michelle.marino@dlapiper.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for U.S. Bank National Association, as trustee for the Floating Rate Senior Unsecured PIK Notes Due 2013 | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel & Robert W. Mallard | schnabel.eric@dorsey.com mallard.robert@dorsey.com |
| Counsel for Wells Fargo Bank Northwest NA as Indenture Trustee ("Indenture Trustee"), under the Trust Indenture and Security Agreement (CPI 1997), dated as of December 23, 1997 | Duane Morris LLP | Michael R Lastowski & Sommer L Ross | mlastowski@duanemorris.com slross@duanemorris.com |
| Counsel to Bank of New York Mellon, as indenture trustee for the Prepetition First Lien Notes | Emmet Marvin & Martin LLP | Elizabeth Frayer Esq and Elizabeth Clark Esq | efrayer@emmetmarvin.com eclark@emmetmarvin.com |
| Counsel for Buckman Laboratories, Inc | Farris Bobango Branan PLC | Malcolm B Futhey III | mfuthey@farris-law.com |
| Counsel for FPL Energy Maine Hydro LLC | FPL Energy Maine Hydro LLC | Rachel S Budke | Rachel.Budke@fpl.com |
| Counsel for Avery Dennison | Frantz Ward LLP | John F Kostelnik & Timothy J Richards | jkostelnik@frantzward.com |
| Counsel for Accenture LLP and ProQuire LLC | Freeborn & Peters LLP | Aaron L Hammer | ahammer@freebornpeters.com |
| Counsel for Accenture LLP and ProQuire LLC | Freeborn & Peters LLP | Shira R. Isenberg | sisenberg@freebornpeters.com |
| Counsel for Accenture LLP and ProQuire LLC | Freeborn & Peters LLP | Thomas R Fawkes | tfawkes@freebornpeters.com |
| Counsel for Papyrus Properties LLC | Frost Brown Todd LLC | Joseph B Wells | jbwells@fbtlaw.com |
| Counsel for Western Lake Superior Sanitary District | Fryberger Buchanan Smith & Frederick PA | David R Oberstar | doberstar@fryberger.com |
| Counsel for Texas Gas Transmission LLC | Gardere Wynne Sewell LLP | John P Melko Clinton R Snow | jmelko@gardere.com; csnow@gardere.com |
| Counsel for GE Energy | GE Energy | Glenn M Reisman | Glenn.Reisman@ge.com |
| Counsel for Sonoco Products Company | Haynsworth Sinkler Boyd PA | Tara E Nauful | tnauful@hsblawfirm.com |
| Counsel for U.S. Bank National Association, as trustee for the Floating Rate Senior Unsecured PIK Notes Due 2013 | Hogan Lovells Us LLP | Robin Keller & Daniel Lanigan | robin.keller@hoganlovells.com daniel.lanigan@hoganlovells.com |
| Official Committee of Unsecured Creditors | HSBC Bank USA National Association | Attn Sandra Horwitz | sandra.e.horwitz@us.hsbc.com |
| Counsel for International Business Machines (IBM) | IBM Corporation | Attn Vicky Namken | Vnamken@us.ibm.com |
| IRS | Internal Revenue Service | Insolvency Section | susanne.larson@irs.gov |
| Counsel for C Reiss Coal Company | Jones Walker | Elizabeth J Futrell | efutrell@joneswalker.com |
| Counsel for KaMin LLC | Kelly Hart & Hallman LLP | Michael McConnell & Nancy Ribaudo | Michael.McConnell@Kellyhart.com Nancy.Ribaud@oKellyhart.com |
| Counsel for Kemira Chemicals, Inc | Kilpatrick Townsend & Stockton LLP | Mark A Fink | mfink@kilpatricktownsend.com |
| Counsel for Kohner Mann & Kailas S.C. | Kohner Mann & Kailas SC | Attn Samuel C Wisotzkey | swisotzkey@kmksc.com |
| Counsel for Tarrant County & Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | Dallas.Bankruptcy@publicans.com |
| Counsel for E. Thomas Curley | Loizides PA | Christopher D Loizides | Loizides@Loizides.com |
| Counsel for CSX Transportation Inc | McGuireWoods LLP | John H. Maddock III | jmaddock@mcguirewoods.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the First Lien Group; Counsel for certain unaffiliated investors (the "Ad Hoc First Lien Noteholders") who are holders of the 11.375% Senior Secured Notes due 2014 issued by NewPage Corporation pursuant to that certain Indenture, dated as of September 30, 2009 | Milbank Tweed Hadley & McCloy LLP | Andrew M Leblanc | aleblanc@milbank.com |
| Counsel to the First Lien Group; Counsel for certain unaffiliated investors (the "Ad Hoc First Lien Noteholders") who are holders of the 11.375% Senior Secured Notes due 2014 issued by NewPage Corporation pursuant to that certain Indenture, dated as of September 30, 2009 | Milbank Tweed Hadley & McCloy LLP | Dennis F Dunne Evan R Fleck & Samuel A Khalil | ddunne@milbank.com efleck@milbank.com skhalil@milbank.com |
| Counsel for Canexus US Inc & Plum Creek Marketing Inc and Plum Creek Maine Marketing Inc | Miller Nash LLP | John R Knapp Jr | john.knapp@millernash.com |
| Counsel for Hayes Pump Inc | Mirick OConnell DeMallie & Lougee LLP | Paul W Carey | pcarey@mirickoconnell.com |
| Counsel for Consolidated Electrical Distributors Inc | Monzack Mersky McLaughlin and Browder PA | Brian J McLaughlin | bmclaughlin@monlaw.com |
| Counsel for Hagemeyer North America | Moore & Van Allen PLLC | Cynthia Jordan Lowery | cynthialowery@mvalaw.com |
| Counsel for B&B Electrical Contractors, Inc | Morris James LLP | Brett D Fallon | bfallon@morrisjames.com |
| Counsel for Dixie Pulp & Paper Inc & City Carton Company Inc. | Morris James LLP | Stephen M Miller & Carl N Kunz III | smiller@morrisjames.com ckunz@morrisjames.com |
| Counsel to the First Lien Group; Counsel for certain unaffiliated investors (the "Ad Hoc First Lien Noteholders") who are holders of the 11.375% Senior Secured Notes due 2014 issued by NewPage Corporation pursuant to that certain Indenture, dated as of September 30, 2009 | Morris Nichols Arsht & Tunnell LLP | Robert J Dehney & Daniel B Butz | rdehney@mnat.com eschwartz@mnat.com dbutz@mnat.com |
| Counsel for American PowerNet Management, LP | Nixon Peabody LLP | Lee Harrington | lharrington@nixonpeabody.com |
| DE AG Office | Office of the US Attorney General | Joseph R Biden III | attorney.general@state.de.us |
| Counsel for Weyerhauser Inc | Orrick Herrington & Sutcliffe LLP | Robert L Sills & Raniero DAversa | rsills@orrick.com rdaversa@orrick.com |
| Counsel to Wells Fargo Capital Finance LLC, as administrative agent for the Prepetition Senior Secured Revolver | Otterbourg Steindler Houston & Rosen PC | Attn Matthew Miller Esq John Paul Igoe Esq and Jonathan Helfat Esq | mmiller@oshr.com; jigoe@oshr.com; jhelfat@oshr.com |
| Counsel for Wells Fargo Capital Finance LLC as Co-Collateral Agent under that Certain Superpriority Debtor-in-Possession Credit and Guaranty Agreement, dated as of September 8, 2011 | Otterbourg Steindler Houston & Rosen PC | Jonathan N Helfat & Daniel F Fiorillo | Jhelfat@oshr.com DFiorillo@oshr.com |
| Counsel for New England Controls Inc | Partridge Snow & Hahn LLP | Patricia Antonelli | pa@psh.com |

# Exhibit B
# Core/2002 Email Service List

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Paul Hastings LLP | Luc A Despins Leslie A Plaskon & Aaron M Klein | lucdespins@paulhastings.com; leslieplaskon@paulhastings.com; aaronklein@paulhastings.com |
| Counsel for the Official Committee of Unsecured Creditors | Paul Hastings LLP | Robert E Winter | robertwinter@paulhastings.com |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Office of the Chief Counsel | maricco.michael@pbgc.gov; efile@pbgc.gov |
| Counsel for Stora Enso Oyj | Pepper Hamilton LLP | David B Stratton Esq & John H Schanne Esq | strattond@pepperlaw.com; schannej@pepperlaw.com |
| Counsel fo Aon Hewitt | Post & Schell PC | Brian W Bisigani | Bbisigani@postschell.com |
| Counsel for Potlatch Corporation | Potlatch Corporation | Lorrie D Scott VP General Counsel & Corp Secretary | lorrie.scott@potlatchcorp.com |
| Counsel for Potlatch Corporation | Potter Anderson & Corroon LLP | Theresa V Brown Edwards Ryan M Murphy | tbrown-edwards@potteranderson.com; rmurphy@potteranderson.com |
| Counsel for Int'l Brotherhood of Electrical Workers Local 1147, Int'l Ass'n of Machinists & Aerospace Workers Local Lodge 655, and Plumbers & Steamfitters UA Local 434, abd their Members | Previant Goldberg Uelmen Gratz Miller & Brueggeman SC | Marianne Goldstein Robbins Sara J Geenan | mgr@previant.com; sjg@previant.com |
| Counsel to HSBC Bank USA, National Association, as indenture trustee for (i) Prepetition Second Lien Fixed Rate Notes, (ii) the Prepetition Second Lien Floating Rate Notes, (iii) the Prepetition Senior Unsecured Notes, (iv) the NewPage Holding PIK Notes, and (v) the NewPage Group PIK Notes, | Pryor Cashman LLP | Attn Michael Fruchter Esq & Sean Connery Esq | mfruchter@pryorcashman.com; sconnery@pryorcashman.com |
| Counsel for Wilmington Trust, National Association indenture trustee to the 10% Senior Secured Notes due 2012 | Pryor Cashman LLP | Tina N Moss | tmoss@pryorcashman.com |
| Counsel for Hydrite Chemical Co | Quarles & Brady LLP | Robert P Harris & Brian M Metcalf | robert.harris@quarles.com; Brian.Metcalf@quarles.com |
| Counsel for JPMorgan Chase Bank NA | Richards Layton & Finger PA | Mark D Collins Lee E Kaufman | collins@rlf.com; kaufman@rlf.com |
| Counsel for Anixter Inc | Schiff Hardin LLP | Jason M Torf | jtorf@schiffhardin.com |
| SEC Headquarters | Securities & Exchange Commission | | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Allen Maiza Regional Director | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | secbankruptcy@sec.gov |
| Counsel for Weavexx Corporation & Xerium Technologies Inc | Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Amos U Priester IV and Anna B Osterhout | apriester@smithlaw.com; aosterhout@smithlaw.com |
| Counsel for Airgas Inc | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | kmiller@skjlaw.com |
| Counsel for Kingsford Manufacturing Company | Spilman Thomas & Battle PLLC | James H Joseph | jjoseph@spilmanlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Specialty Minerals Inc | Squire Sanders and Dempsey (US) LLP | G. Christopher Meyer & Sherri L. Dahl & Peter R. Morrison | christopher.meyer@ssd.com<br>sherri.dahl@ssd.com<br>peter.morrison@ssd.com |
| Interested Party | Stifel Nicolaus | Stephen M Puckowitz CFA | puckowitzs@stifel.com |
| Counsel for Synagro Central, LLC | Stradley Ronon Stevens & Young LLP | Mark J Dorval | mdorval@stradley.com |
| Interested Party | Straightline Optical Services Inc | Neely Moore Vicki Hafele & Spencer Owens | neely@straightlineoptical.com<br>vickih@duncan-parnell.com<br>spencer@straightlineoptical.com |
| Counsel for Shell Energy North America US LP | Sutherland Asbill & Brennan LLP | Attn Mark D Sherrill | mark.sherrill@sutherland.com |
| Counsel for Shell Energy North America US LP | Sutherland Asbill & Brennan LLP | Attn Paul B Turner | paul.turner@sutherland.com |
| Counsel for TW Telecom Inc | TW Telecom Inc | Linda Boyle | linda.boyle@twtelecom.com |
| Counsel for Nalco Company | Ungaretti & Harris LLP | R. Scott Alsterda Theodore E. Harman & David R. Doyle | teharman@uhlaw.com<br>rsalsterda@uhlaw.com<br>drdoyle@uhlaw.com |
| Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Internation Union (United Steelworkers) & Official Committee of Unsecured CreditorS | United Steelworkers | Associate General Counsel | djury@usw.org |
| US Attorneys Office | US Attorneys Office | Charles Oberly c o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel for U.S. Bank National Association, as trustee for the Floating Rate Senior Unsecured PIK Notes Due 2013 & Official Committee of Unsecured Creditors | US Bank National Association | Timothy Sandell Vice President | Timothy.Sandell@USBank.com |
| Counsel for Maine Conveyor Inc | Verrill Dana LLP | Jonathan R. Doolittle | jdoolittle@verrilldana.com<br>bankr@verrilldana.com |
| Counsel for Ashland Hercules Water Technologies | Vorys Sater Seymour and Pease LLP | Reginald W Jackson | rwjackson@vorys.com |
| Counsel for Integrys Energy Service Inc | White and Williams LLP | James S Yoder | yoderj@whiteandwilliams.com |
| Counsel for Millennium Inorganic Chemicals Inc | Whiteford Taylor & Preston LLP | John F Carlton | jcarlton@wtplaw.com |
| Counsel for Millennium Inorganic Chemicals Inc | Whiteford Taylor & Preston LLP | Stephen B Gerald | sgerald@wtplaw.com |
| Counsel for B&B Electrical Contractors, Inc | Whyte Hirschboeck Dudek SC | Daniel J McGarry | dmcgarry@whdlaw.com |
| Counsel for Andritz (USA) Inc | Womble Carlyle Sandridge & Rice PLLC | Mark L Desgrosseilliers | mdesgrosseilliers@wcsr.com |
| Counsel for the Official Committee of Unsecured Creditors | Young Conaway Stargatt & Taylor LLP | James L Patton Jr & M Blake Cleary | jpatton@ycst.com<br>mbcleary@ycst.com |