IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
```
*In re*                                   :    **Chapter 11**
                                          :
NEWPAGE CORPORATION, *et al.*,            :    **Case No. 11-12804 (KG)**
                                          :
            Debtors.[1]                   :    **Jointly Administered**
                                          :
```
-----------------------------------------------------------x
```
                                               **Re: Docket No. 527**


**AMENDED NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON NOVEMBER 16, 2011, AT 4:00 P.M.,
BEFORE THE HONORABLE KEVIN GROSS AT 824 N. MARKET STREET,
6th FLOOR, COURTROOM NO. 3, WILM., DE**


**PLEASE NOTE THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF
THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**


**CONTINUED MATTERS:**

1.     Application Pursuant to Bankruptcy Code Sections 328, 330 and 1103, Bankruptcy Rule
       2014, (A) and Local Rule 2016-2(g) for Order Authorizing Employment and Retention of
       Alvarez & Marsal North America, LLC as Financial Advisor to Official Committee of
       Unsecured Creditors Effective as of September 26, 2011 (Docket No. 368, 10/20/11)

       Response Deadline: November 2, 2011, at 4:00 p.m.

       Responses:

       A.     Debtors' Objection to the Official Committee of Unsecured Creditors' (I)
              Application Pursuant to Bankruptcy Code Sections 328, 330 and 1103,

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

Bankruptcy Rule 2014(a) and Local Rule 2016-2(g) for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors to Official Committee of Unsecured Creditors Effective as of September 26, 2011 and (II) Application Pursuant to Bankruptcy Code Sections 328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(g) for an Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker to Official Committee of Unsecured Creditors, Effective as of September 23, 2011 (Docket No. 428, 11/01/11)

B.      Joinder and Objection of Ad Hoc First Lien Noteholders to Application Pursuant to Bankruptcy Code Sections 328, 330 and 1103, Bankruptcy Rule 2014(a) and Local Rule 2016-2(g) for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors to Official Committee of Unsecured Creditors Effective as of September 26, 2011 and (II) Application Pursuant to Bankruptcy Code Sections 328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(g) for an Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker to Official Committee of Unsecured Creditors, Effective as of September 23, 2011 (Docket No. 430, 11/02/11)

C.      Limited Joinder of Ad Hoc Second Lien Noteholders to the Debtors' Objection to the Official Committee of Unsecured Creditors' (I) Application Pursuant to Bankruptcy Code Sections 328, 330 and 1103, Bankruptcy Rule 2014(a) and Local Rule 2016-2(g) for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors to Official Committee of Unsecured Creditors Effective as of September 26, 2011 and (II) Application Pursuant to Bankruptcy Code Sections 328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(g) for an Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker to Official Committee of Unsecured Creditors, Effective as of September 23, 2011 (Docket No. 434, 11/02/11)

Replies:

A.      Omnibus Reply to Objections to Official Committee of Unsecured Creditors' (i) Application Pursuant to Bankruptcy Code Sections 328, 330 and 1103, Bankruptcy Rule 2014(a) and Local Rule 2016-2(g) for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors to Official Committee of Unsecured Creditors Effective as of September 26, 2011 and (ii) Application Pursuant to Bankruptcy Code Sections 328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(g) for Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker to Official Committee of Unsecured Creditors Effective as of September 23, 2011 (Docket No. 477, 11/06/11)

Related Documents:   None.

**Status: This matter is adjourned to the December 1, 2011 omnibus hearing at 10:30 a.m.**

2.     Application Pursuant Code Sections 328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(g) for an Order Authorizing Employment and Retention of Moelis & Company LLC as Investments Banker to Official Committee of Unsecured Creditors, Effective as of September 23, 2011 (Docket No. 369, 10/20/11)

Response Deadline: November 2, 2011, at 4:00 p.m.

Responses:

A.     Debtors' Objection to the Official Committee of Unsecured Creditors' (I) Application Pursuant to Bankruptcy Code Sections 328, 330 and 1103, Bankruptcy Rule 2014(a) and Local Rule 2016-2(g) for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors to Official Committee of Unsecured Creditors Effective as of September 26, 2011 and (II) Application Pursuant to Bankruptcy Code Sections 328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(g) for an Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker to Official Committee of Unsecured Creditors, Effective as of September 23, 2011 (Docket No. 428, 11/01/11)

B.     Joinder and Objection of Ad Hoc First Lien Noteholders to Application Pursuant to Bankruptcy Code Sections 328, 330 and 1103, Bankruptcy Rule 2014(a) and Local Rule 2016-2(g) for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors to Official Committee of Unsecured Creditors Effective as of September 26, 2011 and (II) Application Pursuant to Bankruptcy Code Sections 328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(g) for an Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker to Official Committee of Unsecured Creditors, Effective as of September 23, 2011 (Docket No. 430, 11/02/11)

C.     Limited Joinder of Ad Hoc Second Lien Noteholders to the Debtors' Objection to the Official Committee of Unsecured Creditors' (I) Application Pursuant to Bankruptcy Code Sections 328, 330 and 1103, Bankruptcy Rule 2014(a) and Local Rule 2016-2(g) for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors to Official Committee of Unsecured Creditors Effective as of September 26, 2011 and (II) Application Pursuant to Bankruptcy Code Sections 328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(g) for an Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker to Official Committee of Unsecured Creditors, Effective as of September 23, 2011 (Docket No. 434, 11/02/11)

<u>Replies:</u>

A.      Omnibus Reply to Objections to Official Committee of Unsecured Creditors'
(i) Application Pursuant to Bankruptcy Code Sections 328, 330 and 1103,
Bankruptcy Rule 2014(a) and Local Rule 2016-2(g) for Order Authorizing
Employment and Retention of Alvarez & Marsal North America, LLC as
Financial Advisors to Official Committee of Unsecured Creditors Effective as of
September 26, 2011 and (ii) Application Pursuant to Bankruptcy Code Sections
328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-
2(g) for Order Authorizing Employment and Retention of Moelis & Company
LLC as Investment Banker to Official Committee of Unsecured Creditors
Effective as of September 23, 2011 (Docket No. 477, 11/06/11)

<u>Related Documents:</u>

A.      Supplemental Declaration of Robert Flachs in Support of Application of Official
Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy
Code Sections 328(a) and 1103, Bankruptcy Rule 2014(a), and Local Rules 2014-
1 and 2016-2(g) Authorizing Employment and Retention of Moelis & Company
LLC as Investment Banker to Committee, Nunc Pro Tunc to September 23, 2011
(Docket No. 492, 11/08/11)

*[Remainder of page intentionally left blank]*

**Status:**  This matter is adjourned to the December 1, 2011 omnibus hearing at 10:30 a.m.

Dated: November _14_, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302.652.4100
Facsimile:  302.652.4400

-and-

Martin J. Bienenstock
Judy G.Z. Liu
Philip M. Abelson
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:  212.259.8000
Facsimile:  212.259.6333

*Attorneys for the Debtors and Debtors in Possession*