# **EXHIBIT A**

**Invoices**

**National Starch**

# National Starch LLC

**REMIT TO:**
NATIONAL STARCH LLC
6823 Paysphere Circle
Chicago, IL 60674

BILL TO:
NEWPAGE CORP
 WHITING MILL # 6002-6080
PO Box 1813
MIAMISBURG OH  45343

Invoice Sale

| Invoice No | Invoice Date | Sales Office |
|---|---|---|
| 92267858 | 08/12/2011 | 001E |

Sales Representative

JOE VAN HANDEL

SHIP TO:
NEWPAGE CORP
100 NORTH CENTRAL AVE
DULUTH MN  55807

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To |
|---|---|---|---|---|---|---|
| 72461229 | 4550619952 | 82171564 | 08/12/2011 | 0070 | 10526 | 5772 |

| Carrier/Vehicle No | Freight | Terms of Payment | Pricing Pt |
|---|---|---|---|
| BNSF RAILROAD/NLSX1154/HAK8158 | Prepaid | Net ▇ Days | FOB NKC |

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ▇ LB | ▇ LB | 493321-HPD (H/C-PD ) | ▇ | CWT | ▇ | 40,253.84 |
|  | ▇ LB | CATO® 37 |  |  |  |  |
|  |  | BATCHES ARE: HAK8158 |  |  |  |  |
|  |  | Freight Equalization | ▇ | CWT | ▇ | 4,064.72 |

TOTAL AMT           (CURRENCY / DEVISE USD)                       44,318.56
DUE DATE ▇

Address correspondence to:
(Except payments)

NATIONAL STARCH LLC
Industrial Starch
10 Finderne Avenue, Suite C
Bridgewater NJ  08807
Phone: 800-758-7458

Form ZZRZV643 01/01/2012

# National Starch

**National Starch LLC**

**REMIT TO:**
NATIONAL STARCH LLC
6823 Paysphere Circle
Chicago, IL 60674

Invoice Sale

| Invoice No | Invoice Date | Sales Office |
|---|---|---|
| 92266347 | 08/03/2011 | 001E |

**Sales Representative**
ERIK OLSEN

**BILL TO:**
NEWPAGE CORP
PAPER GROUP - LUKE #1009-1640
PO Box 1811
MIAMISBURG OH  45342-1811

**SHIP TO:**
NEWPAGE CORP
COATED PAPER
300 PRATT ST
LUKE MD  21540

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To |
|---|---|---|---|---|---|---|
| 72464265 | 5550000984 | 82169558 | 08/03/2011 | 0070 | 31037 | 42074 |

| Carrier/Vehicle No | Freight | Terms of Payment | Pricing Pt |
|---|---|---|---|
| NS (JCT LOUVL TO /NLSX20043/GAK8105 | Prepaid | Net ▇ Days | FOB NKC |

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ▇ LB | ▇ LB | 493402-HPD (H/C-PD ) | ▇ | CWT | ▇ | 40,655.42 |
| | ▇ LB | CATO® 25 | | | | |
| | | BATCHES ARE: GAK8105 | | | | |
| | | Freight Equalization | ▇ | CWT | ▇ | 8,705.73 |

TOTAL AMT
DUE DATE ▇                   (CURRENCY / DEVISE USD)           49,361.15

Address correspondence to:
(Except payments)

NATIONAL STARCH LLC
Industrial Starch
10 Finderne Avenue, Suite C
Bridgewater NJ  08807
Phone: 800-758-7458

Form ZZRZV643 01/01/2012

# National Starch

**National Starch LLC**

REMIT TO:
NATIONAL STARCH LLC
6823 Paysphere Circle
Chicago, IL 60674

BILL TO:
NEWPAGE CORP
ATTN: Kathleen McMillan
PO Box 757
ESCANABA MI   49829

Invoice Sale

| Invoice No | Invoice Date | Sales Office |
|---|---|---|
| 92270170 | 08/26/2011 | 001E |

| Sales Representative | |
|---|---|
| JOE VAN HANDEL | Z92 |

SHIP TO:
NEWPAGE CORP
ESCANABA PAPER CO
RAIL YARD
7100 COUNTY RD 426
GROOS DELTA MI   49829

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To |
|---|---|---|---|---|---|---|
| 72466810 | 5550000889 | 82174037 | 08/26/2011 | 0070 | 11394 | 25324 |

| Carrier/Vehicle No | Freight | Terms of Payment | Pricing Pt |
|---|---|---|---|
| NS (JCT CHGO TO CN/NLSX1069/HAK8218 | Prepaid | Net ▬ Days | FOB NKC |

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ▬ LB | ▬ LB | 513402-HPD (H/C-PD ) | ▬ | CWT | ▬ | 42,046.19 |
| | ▬ LB | CATO® 232 | | | | |
| | | BATCHES ARE: HAK8218 | | | | |
| | | Freight Equalization | ▬ | CWT | ▬ | 5,808.90 |

TOTAL AMT
DUE DATE ▬

(CURRENCY / DEVISE USD)         47,855.09

Address correspondence to:
(Except payments)

NATIONAL STARCH LLC
Industrial Starch
10 Finderne Avenue, Suite C
Bridgewater NJ   08807
Phone: 800-758-7458

Form ZZRZV543 01/01/2012

# National Starch

**National Starch LLC**

Invoice Sale

| Invoice No | Invoice Date | Sales Office |
|---|---|---|
| 92268979 | 08/19/2011 | 001E |

**Sales Representative**

JOE VAN HANDEL                Z92

REMIT TO:
NATIONAL STARCH LLC
6823 Paysphere Circle
Chicago, IL 60674

BILL TO:
NEWPAGE CORP
ATTN: Kathleen McMillan
PO Box 757
ESCANABA MI  49829

SHIP TO:
NEWPAGE CORP
ESCANABA PAPER CO
RAIL YARD
7100 COUNTY RD 426
GROOS DELTA MI  49829

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To |
|---|---|---|---|---|---|---|
| 72466810 | 5550000889 | 82172728 | 08/19/2011 | 0070 | 11394 | 25324 |

| Carrier/Vehicle No | Freight | Terms of Payment | Pricing Pt |
|---|---|---|---|
| NS (JCT C/NLSX1065/GAK8126, HAK8213 | Prepaid | Net ■ Days | FOB NKC |

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ■ LB | ■ LB | 513402-HPD (H/C-PD ) | ■ | CWT | ■ | 43,485.87 |
|  | ■ LB | CATO® 232 |  |  |  |  |
|  | BATCHES ARE: GAK8126; HAK8213 |  |  |  |  |  |
|  |  | Freight Equalization |  | CWT | ■ | 6,007.80 |

TOTAL AMT
DUE DATE ■

(CURRENCY / DEVISE USD)                49,493.67

Address correspondence to:
(Except payments)

NATIONAL STARCH LLC
Industrial Starch
10 Finderne Avenue, Suite C
Bridgewater NJ  08807
Phone: 800-758-7458

Form ZZRZV643 01/01/2012


**National Starch**

**National Starch LLC**

REMIT TO:
NATIONAL STARCH LLC
6823 Paysphere Circle
Chicago, IL 60674

BILL TO:
NEWPAGE CORP
ATTN: Kathleen McMillan
PO Box 757
ESCANABA MI   49829

Invoice Sale

| Invoice No | Invoice Date | Sales Office |
|---|---|---|
| 92269226 | 08/22/2011 | 001E |

**Sales Representative**
JOE VAN HANDEL

SHIP TO:
NEWPAGE CORP
ESCANABA PAPER CO
RAIL YARD
7100 COUNTY RD 426
GROOS DELTA MI   49829

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To |
|---|---|---|---|---|---|---|
| 72462697 | 5550000890 | 82172996 | 08/22/2011 | 0070 | 11394 | 25324 |

| Carrier/Vehicle No | Freight | Terms of Payment | Pricing Pt |
|---|---|---|---|
| NS (JCT CHGO TO C/NCUX50173/GAK8128 | Prepaid | Net ■ Days | FOB NKC |

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ■ LB | ■ LB | 513421-HPD (H/C-PD ) | ■ | CWT | ■ | 42,596.70 |
|  | LB | CATO® 237 |  |  |  |  |
|  |  | BATCHES ARE: GAK8128 |  |  |  |  |
|  |  | Freight Equalization | ■ | CWT | ■ | 5,457.00 |

TOTAL AMT
DUE DATE ■

(CURRENCY / DEVISE USD)            48,053.70

Address correspondence to:
(Except payments)

NATIONAL STARCH LLC
Industrial Starch
10 Finderne Avenue, Suite C
Bridgewater NJ   08807
Phone: 800-758-7458

Form ZZRZV643 01/01/2012

# National Starch

**National Starch LLC**

**REMIT TO:**
NATIONAL STARCH LLC
6823 Paysphere Circle
Chicago, IL 60674

Invoice Sale

| Invoice No | Invoice Date | Sales Office |
|---|---|---|
| 92267651 | 08/11/2011 | 001E |

**Sales Representative**

JOE VAN HANDEL                    Z92

| BILL TO: | SHIP TO: |
|---|---|
| NEWPAGE CORP | NEWPAGE CORP |
| ATTN: Kathleen McMillan | ESCANABA PAPER CO |
| PO Box 757 | RAIL YARD |
| ESCANABA MI  49829 | 7100 COUNTY RD 426 |
|  | GROOS DELTA MI  49829 |

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To |
|---|---|---|---|---|---|---|
| 72466810 | 5550000889 | 82171233 | 08/11/2011 | 0070 | 11394 | 25324 |

| Carrier/Vehicle No | Freight | Terms of Payment | Pricing Pt |
|---|---|---|---|
| NS (JCT CHGO TO CN/NLSX1245/GAK8132 | Prepaid | Net ▆ Days | FOB NKC |

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ▆ LB | ▆ LB | 513402-HPD (H/C-PD ) | ▆ | CWT | ▆ | 40,680.33 |
|  | ▆ LB | CATO® 232 |  |  |  |  |
|  |  | BATCHES ARE: GAK8132 |  |  |  |  |
|  |  | Freight Equalization | ▆ | CWT | ▆ | 5,620.20 |

TOTAL AMT                    (CURRENCY / DEVISE USD)           46,300.53
DUE DATE ▆

Address correspondence to:        NATIONAL STARCH LLC
(Except payments)                 Industrial Starch
                                  10 Finderne Avenue, Suite C
                                  Bridgewater NJ  08807
                                  Phone: 800-758-7458

Form ZZRZV643 01/01/2012



**National Starch ULC**

REMIT TO / S.V.P. Faire Votre Remise A:
NATIONAL STARCH ULC
PO Box 8900 STN A
Toronto, ON M5W 2C5

BILL TO / Facturer à:
NEWPAGE CORPORATION
DO NOT USE - BANKRUPTCY
P.O. BOX 1816
MIAMISBURG OH   45343-1816
UNITED STATES

Invoice Sale/Facture

| Invoice No / N° de facture | Invoice Date / Date de la facture | Sales Office / Bureau de vente |
|---|---|---|
| 92267796 | 08/11/2011 | 2603 |

Sales Representative / Représentant: PHILIPPE DESHAIES

| D-U-N-S | QST | Customer License / N° de license du client |
|---|---|---|
| 20 171 5299 | TVQ# 1214033352 | |

SHIP TO / Destinataire:
NEWPAGE PORT HAWKESBURY CORP
DO NOT USE - BANKRUPTCY
120 PULP MILL ROAD
PORT HAWKESBURY NS   B9A 1A1

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To | GST Vendor Reg No |
|---|---|---|---|---|---|---|---|
| 72467763 | 4550555233 | 82168613 | 08/11/2011 | CA18 | 51560 | 51559 | R 815815352 |

Carrier/Vehicle No: Ken McEwan Trucking
Freight: Prepaid
Terms of Payment: Net ▇ Days
Pricing Pt: FOB BOUCH

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ▇ KG | ▇ LB | 493321-BST (LB BULK TR) | ▇ | TO | ▇ | 15,837.43 |
|  | ▇ LB | CATO® 37 |  |  |  |  |
|  | ▇ KG |  |  |  |  |  |
|  | ▇ KG |  |  |  |  |  |

BATCHES ARE / LES NUMÉRO DE LOTS SONT:
CAK7329; CAK7330

| | | | |
|---|---|---|---|
| Provincial Sales Tax | 15.00000 % | | 2,375.61 |
| TOTAL AMT / MT Total | (CURRENCY / DEVISE USD) | | 18,213.04 |
| DUE DATE / Date d'échéance ▇ | | | |

Address correspondence to:
Acheminer la correspondance à:
(Except payments)
(à l'exception des paiements)

NATIONAL STARCH ULC
106 Summerlea Road
Brampton ON   L6T 4X3
Phone / Tél.: 877-649-4898

Form ZZRZV543 10/29/2010



# National Starch

**National Starch ULC**

REMIT TO / S.V.P. Faire Votre Remise A:
NATIONAL STARCH ULC
PO Box 8900 STN A
Toronto, ON M5W 2C5

BILL TO / Facturer à:
NEWPAGE CORPORATION
DO NOT USE - BANKRUPTCY
P.O. BOX 1816
MIAMISBURG OH   45343-1816
UNITED STATES

**Invoice Sale/Facture**

| Invoice No / N° de facture | Invoice Date / Date de la facture | Sales Office / Bureau de vente |
|---|---|---|
| 92269123 | 08/19/2011 | 2603 |

Sales Representative / Représentant: PHILIPPE DESHAIES    Z99

| D-U-N-S | QST / TVQ# | Customer License / N° de license du client |
|---|---|---|
| 20 171 5299 | 1214033352 | |

SHIP TO / Destinataire:
NEWPAGE PORT HAWKESBURY CORP
DO NOT USE - BANKRUPTCY
120 PULP MILL ROAD
PORT HAWKESBURY NS   B9A 1A1

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To | GST Vendor Reg No |
|---|---|---|---|---|---|---|---|
| 72470306 | 4550555233 | 82171333 | 08/18/2011 | CA18 | 51560 | 51559 | R 815815352 |

| Carrier/Vehicle No | Freight | Terms of Payment | Pricing Pt |
|---|---|---|---|
| Ken McEwan Trucking | Prepaid | Net ■ Days | FOB BOUCH |

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ■ LB | ■ LB | 493321-BST (LB BULK TR ) | ■ | TO | ■ | 16,820.5■ |
| | ■ KG | LB CATO® 37 | | | | |
| | ■ KG | | | | | |

BATCHES ARE / LES NUMÉRO DE LOTS SONT:
CAK7330

| | | | |
|---|---|---|---|
| Provincial Sales Tax | 15.00000 % | | 2,523.0■ |
| TOTAL AMT / MT Total | (CURRENCY / DEVISE USD) | | 19,343.62 |
| DUE DATE / Date d'échéance ■ | | | |

Address correspondence to:          NATIONAL STARCH ULC
Acheminer la correspondance à:      106 Summerlea Road
      (Except payments)             Brampton ON   L6T 4X3
      (à l'exception des paiements) Phone / Tél.: 877-649-4898

Form ZZRZV643 10/29/2010



**National Starch ULC**

REMIT TO / S.V.P. Faire Votre Remise A:
NATIONAL STARCH ULC
PO Box 8900 STN A
Toronto, ON M5W 2C5

BILL TO / Facturer à:
NEWPAGE CORPORATION
DO NOT USE - BANKRUPTCY
P.O. BOX 1816
MIAMISBURG  OH   45343-1816
UNITED STATES

Invoice Sale/Facture

| Invoice No / N° de facture | Invoice Date / Date de la facture | Sales Office / Bureau de vente |
|---|---|---|
| 92271030 | 08/31/2011 | 2603 |

Sales Representative / Représentant: PHILIPPE DESHAIES    Z99

| D-U-N-S | QST / TVQ# | Customer License / N° de license du client |
|---|---|---|
| 20 171 5299 | 1214033352 | |

SHIP TO / Destinataire:
NEWPAGE PORT HAWKESBURY CORP
DO NOT USE - BANKRUPTCY
120 PULP MILL ROAD
PORT HAWKESBURY NS   B9A 1A1

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To | GST Vendor Reg No |
|---|---|---|---|---|---|---|---|
| 72470307 | 4550555233 | 82171334 | 08/26/2011 | CA18 | 51560 | 51559 | R 815815352 |

| Carrier/Vehicle No | Freight | Terms of Payment | Pricing Pt |
|---|---|---|---|
| Ken McEwan Trucking | Prepaid | Net ▮ Days | FOB BOUCH |

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ▮ LB | ▮ LB | 493321-BST (LB BULK TR ) | ▮ | TO | ▮ | 14,739.5▮ |
|  | ▮ LB | CATO® 37 |  |  |  |  |
|  | ▮ KG |  |  |  |  |  |
|  | ▮ KG |  |  |  |  |  |

BATCHES ARE / LES NUMÉRO DE LOTS SONT:
CAK7330

| | | | |
|---|---|---|---|
| Provincial Sales Tax | | 15.00000 % | 2,210.9▮ |
| TOTAL AMT / MT Total | | (CURRENCY / DEVISE USD) | 16,950.43 |
| DUE DATE / Date d'échéance | ▮ | | |

Address correspondence to:         NATIONAL STARCH ULC
Acheminer la correspondance à:     106 Summerlea Road
    (Except payments)              Brampton ON   L6T 4X3
    (à l'exception des paiements)  Phone / Tél.: 877-649-4898

Form ZZRZV643 10/29/2010

**National Starch**

**National Starch ULC**

REMIT TO / S.V.P. Faire Votre Remise A:
NATIONAL STARCH ULC
PO Box 8900 STN A
Toronto, ON M5W 2C5

BILL TO / Facturer à:
NEWPAGE CORPORATION
DO NOT USE - BANKRUPTCY
P.O. BOX 1816
MIAMISBURG OH   45343-1816
UNITED STATES

Invoice Sale/Facture

| Invoice No / N° de facture | Invoice Date / Date de la facture | Sales Office / Bureau de vente |
|---|---|---|
| 92271657 | 09/06/2011 | 2603 |

Sales Representative / Représentant
PHILIPPE DESHAIES

| D-U-N-S | QST / TVQ# | Customer License / N° de license du client |
|---|---|---|
| 20 171 5299 | 1214033352 | |

SHIP TO / Destinataire:
NEWPAGE PORT HAWKESBURY CORP
DO NOT USE - BANKRUPTCY
120 PULP MILL ROAD
PORT HAWKESBURY NS   B9A 1A1

| Order No | PO No | Del No | Ship Date | Ship Pt | Ship To | Bill To | GST Vendor Reg No |
|---|---|---|---|---|---|---|---|
| 72471785 | 4550555233 | 82173284 | 09/01/2011 | CA18 | 51560 | 51559 | R 815815352 |

| Carrier/Vehicle No | Freight | Terms of Payment | Pricing Pt |
|---|---|---|---|
| Ken McEwan Trucking | Prepaid | Net ■ Days | FOB BOUCH |

| Quantity | Weight Gross/Net | Material No/Desc | Price | Pricing Unit | Quantity | Amount |
|---|---|---|---|---|---|---|
| ■ KG | ■ LB | 493321-BST (LB BULK TR ) | ■ | TO | ■ | 13,971.6■ |
| | ■ LB | CATO® 37 | | | | |
| | ■ KG | | | | | |
| | ■ KG | | | | | |

BATCHES ARE / LES NUMÉRO DE LOTS SONT:
CAK7330

| | | | |
|---|---|---|---|
| Provincial Sales Tax | | 15.00000 % | 2,095.75 |
| TOTAL AMT / MT Total | | (CURRENCY / DEVISE USD) | 16,067.42 |
| DUE DATE / Date d'échéance ■ | | | |

Address correspondence to:       NATIONAL STARCH ULC
Acheminer la correspondance à:   106 Summerlea Road
(Except payments)                Brampton ON   L6T 4X3
(à l'exception des paiements)    Phone / Tél.: 877-649-4898

Form ZZRZV643 10/29/2010



** REPRINT **



12981 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Bill To:

NEWPAGE CORPORATION
WHITING MILL #6002-6080
8540 GARNDER CREEK DR
MIAMISBURG OH  45342-5439
USA

| CUSTOMER NO. | |
|---|---|
| | 300233 |
| INVOICE DATE | |
| | 08/19/2011 |
| INVOICE NO. | |
| | 12043350 |

NET ▓ DAYS

| QUANTITY | MATERIAL | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| ▓ LB | 032720-000 | CORN PRODUCTS IND GORN STARCH MOD<br>PO Number     : 4550566100<br>BOL/Ship Date: 83501526  08/19/2011<br>Inco/Mode     : DES  HC<br>Freight Terms: Prepaid  01<br>Order #/date  : 3106222  08/02/2011<br>Plant/Veh.    : 0101   SHPX450340<br>Ship-to       : NEWPAGE - BIRON MILL<br>                BIRON<br>                WI,54494 | ▓ CWT | 39,676.42 |
| ▓ LB | | | USD Funds | |

| | |
|---|---|
| TOTAL | |
| TAX | 39,676.42 |
| TAX | 0.00 |
| DISCOUNT TOTAL | 0.00 |
| Remit this amount within cash disc. period | 0.00 |

A business unit of Corn Products International, Inc.

39,676.42