**EXHIBIT C**

**Projected Financial Information**

## PROJECTED FINANCIAL INFORMATION

The Debtors prepared the Financial Projections for the years 2012 through 2016 (the "Projection Period"). The Financial Projections are based on a number of assumptions with respect to the future performance of the Reorganized Debtors' operations. The Financial Projections and related assumptions in this Exhibit C are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Although the Debtors have prepared the Financial Projections in good faith and believe the assumptions to be reasonable, it is important to note that the Debtors can provide no assurance that such assumptions will be realized. As described in detail in Section VII of the Disclosure Statement, a variety of risk factors could affect the Reorganized Debtors' financial results and must be considered. The Financial Projections should be reviewed in conjunction with these assumptions, including the accompanying qualifications and footnotes. Should actual results or conditions differ from such assumptions, the actual results and financial condition of the Debtors may differ materially from those presented in these Financial Projections. The Financial Projections were updated as of October 31, 2012 and may be updated in the future at the discretion of the Debtors as a result of changes in the market and availability of additional information.

All dollar amounts in the Financial Projections are U.S. dollars unless otherwise indicated and any reference to "GAAP" refers to the generally accepted accounting principles in the United States of America.

1. General
   a. Methodology – The Financial Projections are based upon the Debtors' detailed operating forecast for 2012, which reflects actual results through September 2012. For 2013 through 2016, the Financial Projections are largely based on the February 2012 Forecast issued by RISI Inc. ("RISI"), an independent leading information provider for the global forest products industry, but also incorporate other assumptions and initiatives.
   b. Plan Consummation – A plan Effective Date of November 30, 2012 has been assumed.
   c. Macroeconomic and Industry Environment – The Financial Projections are based on the Debtors' view of the North American coated paper market supply and demand balance, and corresponding operating rates and pricing, and changes in cost inputs and expenses. The Debtors' views are in part based upon the forecasts of RISI and other Wall Street equity research as appropriate.

2. Projected November 30, 2012 balance sheet and Reorganized Debtors' pro forma balance sheet
   a. The projected November 30, 2012 balance sheet was developed using the Debtors' actual September 30, 2012 balance sheet, adjusted to reflect management's projected operating results from October 1, 2012 through November 30, 2012. On the Effective Date, actual results may be different due to a variety of risk factors as discussed in Section VII of the Disclosure Statement: Risk Factors and Other Factors to be Considered of the Disclosure Statement. Adjustments were made on a pro forma basis to reflect the estimated impact of the consummation of the Plan in developing the Reorganized Debtors' pro forma balance sheet. The Reorganized Debtors' pro forma balance sheet does not reflect, among other things, the formal implementation of fresh start accounting under FASB ASC 852.

b.  As described more fully below, the Reorganized Debtors' pro forma balance sheet reflects Reorganized Debtors' pro forma capital structure resulting from the consummation of the Plan. Specifically, the Reorganized Debtors' pro forma balance sheet assumes the Reorganized Debtors will have pro forma funded indebtedness of $500 million through a First Lien Exit Term Loan. In addition, the Reorganized Debtors plan to have undrawn availability under an ABL Revolver of approximately $350 million as of the Effective Date, assuming no initial draw on the Emergence Date. The Reorganized Debtors' pro forma capital structure may change depending on market conditions with respect to the Reorganized Debtors' credit agreement, operating performance and other sources of cash that may be available to the Company.

**Reorganized NewPage - Pro Forma Balance Sheet**

| In US$ millions, unless otherwise stated | Projected November 30, 2012 | Plan Adjustments | Fresh Start Adjustments (E) | Successor |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ 64 | $ (34) A | $ - | $ 30 |
| Accounts receivable, net | 223 | - | - | 223 |
| Inventories | 524 | - | - | 524 |
| Other current assets | 20 | - | - | 20 |
| Total current assets | 831 | (34) | - | 796 |
| | | | | |
| Property, plant and equipment, net | 2,187 | - | (986) | 1,201 |
| Intangible assets, net | - | | - | - |
| Goodwill | - | | - | - |
| Other assets | 30 | 26 A | - | 56 |
| Total assets | $ 3,048 | $ (8) | $ (986) | $ 2,053 |
| | | | | |
| **Liabilities and Equity (deficit)** | | | | |
| Liabilities not subject to compromise | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ 137 | $ - | $ - | $ 137 |
| Debtor in possession financing | 250 | (250) A | - | - |
| Other current liabilities | 127 | - | - | 127 |
| Total current liabilities | 514 | (250) | - | 264 |
| | | | | |
| New Debt | - | 500 A | - | 500 |
| Deferred tax liabilities - long-term | - | - | - | - |
| Other long-term obligations | 487 B | - | - | 487 |
| Total liabilities not subject to compromise | 1,001 | 250 | - | 1,251 |
| | | | | |
| Liabilities subject to compromise | 3,967 | (3,967) C | - | - |
| Total Liabilities | 4,968 | (3,717) | - | 1,251 |
| Equity (deficit): | | | | |
| Total stockholders' equity (deficit) | (1,920) | 3,709 D | (986) | 802 |
| Total liabilities and equity (deficit) | $ 3,048 | $ (8) | $ (986) | $ 2,053 |

c. Notes to Reorganized Debtors' Pro Forma Balance Sheet
  A. Represents proceeds of the Exit Financing raised in connection with the Reorganized Debtors' emergence from the Chapter 11 Cases and the associated repayment of (i) the DIP Facility Claims, (ii) payments of Administrative Claims (accrued in liabilities subject to compromise or expensed upon payment), which include professional fees, cure payments, and payments of claims pursuant to section 503(b)(9) of the Bankruptcy Code, and (iii) cash distributions to creditors pursuant to the Plan of Reorganization. Estimated transaction costs for the Exit Financing have been capitalized in other assets and amortized over the life of the loan.
  B. Reflects pension and OPEB obligations reinstated pursuant to the Plan.

C. Reflects the cancellation of remaining liabilities subject to compromise pursuant to the Plan.
D. Represents the issuance of New Holdco Common Stock pursuant to the Plan and the gain on extinguishment of debt and other income and expenses related to the Plan.
E. Represents adjustments to book value to reflect the midpoint pro forma equity value of the Reorganized Debtors of $802 million, based on a midpoint reorganization value of $1.28 billion. The book value adjustments in the Reorganized Debtors' balance sheet do not reflect the formal implementation of fresh start accounting pursuant to FASB ASC 852, and are shown as an adjustment to property, plant and equipment for illustrative purposes in this presentation. The actual final adjustments will be based on the fair value of the assets and liabilities as of the Effective Date and could impact different balance sheet line items or be materially different than the values assumed in the above estimates.

**Reorganized NewPage - Projected Income Statement**

| In US$ millions | Projected Year Ending December 31 | | | | |
|---|---|---|---|---|---|
| | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 |
| Sales | $ 3,151 | $ 3,368 | $ 3,498 | $ 3,601 | $ 3,493 |
| Cost of goods sold | (3,038) | (3,007) | (3,061) | (3,153) | (3,145) |
| Selling, general, and administrative expenses | (140) | (143) | (147) | (150) | (154) |
| **Operating Income / (Loss)** | $ (27) | $ 218 | $ 291 | $ 299 | $ 194 |
| Interest expense | (157) | (48) | (42) | (40) | (38) |
| **Income before Reorganization Items and Income Taxes** | $ (184) | $ 169 | $ 249 | $ 259 | $ 156 |
| Reorganization items, net | (105) | - | - | - | - |
| Cancellation of debt income | 2,756 | - | - | - | - |
| Income before income taxes | $ 2,467 | $ 169 | $ 249 | $ 259 | $ 156 |
| Income tax benefit / (expense) | 17 | - | - | - | - |
| **Net Loss / (Income)** | $ 2,484 | $ 169 | $ 249 | $ 259 | $ 156 |
| **Adjusted EBITDA** | $ 250 | $ 336 | $ 409 | $ 417 | $ 312 |

3. Projected Income Statement
   a. Sales – Consolidated sales include the sales of coated paper (Coated Freesheet and Coated Groundwood), supercalendared paper, and specialty paper, as well as uncoated freesheet and, to a lesser extent, pulp. The Financial Projections assume North American sales of 2,800k tons of coated, supercalendared, and specialty paper in 2012, which grows to an assumed 2,830k tons by 2016. In addition, the Financial Projections assume sales of 750k tons related to export and secondary products, pulp, and uncoated freesheet in 2012, which grows to an assumed 840k tons by 2016. The Financial Projections reflect pricing declines during the first half of 2012, which trend upward during the second half of the year. Pricing projections for 2013 through 2016 are based upon the percentage changes forecasted by RISI in the February 2012 North American Graphic Paper Forecast, where available. The February 2012 RISI North American Graphic Paper Forecast generally reflects steady pricing increases through 2015, with decreases in 2016.

b. Cost of Sales – Cost of Sales is projected to be 96% of sales in 2012 and to improve to 90% of sales by 2016, driven primarily by the forecasted market improvement in price as well as the assumed benefit of productivity initiatives, offset somewhat by inflation.
c. Selling, General, and Administrative Expenses – Selling, General, and Administrative Expenses ("SG&A") are projected to be 4% of sales in 2012 and to remain at 4% of sales through 2016, driven primarily by the forecasted market improvement in price and cost-savings initiatives, offset by inflation.
d. Net Income (loss) Excluding Cancellation of Debt Income – Net Income (loss) Excluding Cancellation of Debt Income is expected to improve from a loss of $494 million in 2012, peaking at a projected net income of $259 million in 2015, as market price improves and productivity initiatives are implemented, offset by inflation and other costs. Net Income in 2016 decreases as a result of projected pricing declines and inflationary pressures.
e. Consolidated Adjusted EBITDA – Consolidated Adjusted EBITDA, as defined by the DIP Credit Agreement, but with no limitation on restructuring-related add-back, is expected to improve from $250 million in 2012 to a projected peak of $417 million in 2015, as market price improves and productivity initiatives are implemented, offset by inflation and other costs. Consolidated Adjusted EBITDA in 2016 decreases as a result of projected pricing declines and inflationary pressures.
f. Reorganization Items – The Reorganization Items assumed in 2012 consist of actual and estimated postpetition fees for professional advisors and bank fees directly attributable to the bankruptcy filing and related capital restructuring. In addition, assumptions have been made with respect to anticipated payments to certain creditor classes, including executory contract cure costs and 503(b)(9) payments that will be made in accordance with an approved Plan.
g. Interest Expense – For 2012, interest expense reflects the actual expense incurred through September 2012 and projected interest expense for the remaining four months of the year. For 2013 through 2016, the interest expense projections are based on the Debtors' current estimated debt structure after the estimated Plan Effective Date of November 30, 2012.
h. Income Taxes – Given the uncertainty surrounding the post-emergence income tax election and its impact on the existing net operating losses, no taxes have been assumed for purposes of these projections.

| Reorganized NewPage - Projected Balance Sheet | | | | | |
|---|---|---|---|---|---|
| | Projected Year Ending December 31 | | | | |
| In US$ million | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 |
| **ASSETS** | | | | | |
| Current Assets: | | | | | |
| Cash and cash equivalents | $ 68 | $ 188 | $ 243 | $ 421 | $ 523 |
| Accounts receivable | 219 | 232 | 251 | 253 | 240 |
| Inventories, net | 526 | 504 | 504 | 504 | 504 |
| Other current assets | 19 | 20 | 20 | 21 | 22 |
| **Total Current Assets** | $ 831 | $ 944 | $ 1,018 | $ 1,199 | $ 1,289 |
| Property, plant and equipment, net | 1,196 | 1,208 | 1,220 | 1,207 | 1,194 |
| Other non-current assets | 56 | 50 | 43 | 37 | 30 |
| **Total Assets** | $ 2,083 | $ 2,201 | $ 2,281 | $ 2,443 | $ 2,514 |
| **LIABILITIES** | | | | | |
| Current Liabilities: | | | | | |
| Accounts payable | $ 143 | $ 178 | $ 191 | $ 197 | $ 197 |
| Other current liabilities | 135 | 131 | 127 | 125 | 138 |
| **Total Current Liabilities not Subject to Compromise** | $ 278 | $ 309 | $ 319 | $ 322 | $ 335 |
| Long-term debt | 500 | 495 | 405 | 380 | 355 |
| Other long-term obligations | 510 | 432 | 343 | 268 | 193 |
| **Total Liabilities** | $ 1,288 | $ 1,236 | $ 1,067 | $ 969 | $ 883 |
| Shareholder's equity / (deficit) | 795 | 965 | 1,214 | 1,474 | 1,631 |
| **Total Liabilities and Shareholder's Equity** | $ 2,083 | $ 2,201 | $ 2,281 | $ 2,443 | $ 2,514 |

3. Projected Balance Sheet

   The Reorganized Debtors' projected Consolidated Balance Sheet sets forth the projected consolidated financial position of the Reorganized Debtors, after giving effect to the proposed Plan. The projected Consolidated Balance Sheet was developed based upon the Debtors' September 30, 2012 balance sheet and adjusted for the Plan and the projected results of operations and cash flows over the Projection Period. These Financial Projections were not prepared with a view toward compliance with published guidelines of the Securities and Exchange Commission or guidelines established by the American Institute of Certified Public Accountants for preparation and presentation of prospective financial information. The projected Consolidated Balance Sheet reflects the current forecasted impact of "fresh start" accounting, however it does not reflect the formal implementation of fresh start accounting under FASB ASC 852, which could result in further material change to the projected values of assets and liabilities.

   The projected Consolidated Balance Sheet contains certain pro forma adjustments as a result of the Plan's consummation. It also includes the debt and other obligations that will continue to remain outstanding and will be paid in the ordinary course of operations. The projected cash balances reflect the effects of anticipated changes in working capital-related items. The anticipated amortization and excess cash flow sweep amounts have been reflected as reductions in the First Lien Exit Term Loan balance over the Projection Period.

   On the Effective Date, actual cash may vary from cash reflected in the projected Consolidated Balance Sheet because of variances in the Financial Projections and potential changes in cash needs to consummate the Plan.

**Reorganized NewPage - Projected Cash Flow Statement**

| In US$ million | Projected Year Ending December 31 | | | | |
|---|---|---|---|---|---|
| | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 |
| **OPERATING ACTIVITIES** | | | | | |
| Net income / (loss) | $ 2,484 | $ 169 | $ 249 | $ 259 | $ 156 |
| Adjustments to reconcile to net cash provided by / (used in) operating activities: | | | | | |
| Depreciation and amortization | 240 | 108 | 108 | 108 | 108 |
| Non-cash interest | 131 | 6 | 6 | 6 | 6 |
| Reorganization Items | (240) | (8) | - | - | - |
| (Gain) loss on sale of assets | 11 | 11 | 11 | 11 | 11 |
| (Gain) loss on cancellation of debt | (2,756) | - | - | - | - |
| Non-cash pension expense / (credit) | 55 | 19 | 12 | 5 | (2) |
| Pension funding | (27) | (72) | (77) | (59) | (53) |
| Non-cash OPEB expense / (credit) | (9) | (11) | (11) | (11) | (10) |
| OPEB funding | (16) | (14) | (12) | (11) | (10) |
| Equity award expense | 0 | 0 | 0 | 0 | 0 |
| Changes in working capital: | | | | | |
| Accounts receivable | 18 | (14) | (19) | (2) | 13 |
| Inventories | (46) | 22 | 0 | (0) | 0 |
| Accounts payable | 35 | 35 | 14 | 6 | (0) |
| Accrued expenses / other assets | (33) | (3) | (10) | (9) | 7 |
| **Net Cash Provided by / (Used In) Operating Activities:** | $ (151) | $ 250 | $ 270 | $ 304 | $ 227 |
| **INVESTING ACTIVITIES** | | | | | |
| Capital expenditures | (85) | (125) | (125) | (100) | (100) |
| **Net Cash Provided by / (Used In) Investing Activities:** | $ (85) | $ (125) | $ (125) | $ (100) | $ (100) |
| **FINANCING ACTIVITIES** | | | | | |
| Proceeds from issuance of long-term debt | 500 | - | - | - | - |
| Payments on long-term debt | (250) | (5) | (90) | (25) | (25) |
| **Net Cash Provided by / (Used In) Financing Activities:** | $ 250 | $ (5) | $ (90) | $ (25) | $ (25) |
| **Net Increase / (Decrease) in Cash and Cash Equivalents** | $ 14 | $ 120 | $ 55 | $ 179 | $ 102 |
| **Cash and Cash Equivalents:** | | | | | |
| Beginning of Period | $ 54 | $ 68 | $ 188 | $ 243 | $ 421 |
| End of Period | $ 68 | $ 188 | $ 243 | $ 421 | $ 523 |

4. Projected Cash Flow Statement

   a. Pension Plan Contributions – The Company has two defined benefit pension plans covering most of its employees. The projected contributions stated hereafter were provided by the Debtors' pension advisors. On an accounting basis, as of January 1, 2012 the qualified defined benefit retirement plans maintained by the Debtors had a combined funded status of approximately 72% and were under-funded by approximately $364 million.

   The contributions for the two qualified pension plans are projected to be approximately $30-80 million per year from 2012-2016 reflecting payments for both current and past service. These cash projections reflect the recently agreed upon collectively bargained plan provision changes including those to freeze service in the union pension plan effective in 2013 for all participants who do not meet the grandfathered criteria of at least age 55 or age plus service of at least 75 points.

   The actual required amounts and timing of all such future cash contributions will be highly sensitive to changes in the applicable discount rates and returns on pension plan assets, and could also be impacted by future changes in the laws and regulations applicable to pension plan funding.

While not reflected in the current projections, there may be changes to funding levels associated with the Pension Protection Act ("PPA"), which represents the funding stabilization provisions under the Moving Ahead for Progress in the 21st Century Act signed into law by the President on July 6, 2012. To date, no determination on discount rate to calculate funding levels have been made for the 2013-2016 period by the agency responsible for determining those discount rates.

The table below shows a possible variance in pension expense and cash funding assuming a, 1.0%, 0.50%, 0%, and 0% increase in the discount rate used to calculate funding levels for, 2013, 2014, 2015 and 2016.

| In US$ Millions | FY 2013 | FY 2014 | FY 2015 | FY 2016 |
|---|---|---|---|---|
| Pension Expesne Variance | 3 | 6 | 7 | 6 |
| Pension Funding Variance | (55) | (10) | 5 | 10 |

b. Working Capital – Accounts receivable days sales outstanding ("DSO") approximates 25 days as of September 30, 2012. There is no material change in trade accounts receivable at emergence. As of September 30, 2012, the implied number of days for which trade accounts payable ("DPO") are outstanding is approximately 20 days. This is expected to rise gradually to approximately 26 days in the months after emergence from Chapter 11, as the Debtors begin to receive normalized trade terms. The forecast assumes sales volume is equal to production volume, and as a result, there is no assumed change in inventory year-over-year.

c. Capital Expenditures – Capital expenditures are projected to range from $85 to $125 million per year. The projected capital plan is based on the Debtors' expectation for average capital requirements through the cycle. Capital expenditures for all periods include spending to maintain equipment, increase operating efficiency and comply with environmental laws. No spending has been budgeted for opportunistic investments that could be made in response to a change in market dynamics.

d. First Lien Term Loan Amortization and Cash Flow Sweep – In 2013, the First Lien Exit Term Loan is assumed to be amortized at a rate of 1%. In 2014, a cash flow sweep of 75% of the 2013 cash flow available prior to debt service is assumed to be applied to the First Lien Exit Term Loan at the end of the first quarter of 2014. In 2015 and 2016, the First Lien Exit Term Loan is amortized at a rate of 5%.

| Reorganized NewPage - Projected Cash Flow Summary | Projected Year Ending December 31 | | | | |
|---|---|---|---|---|---|
| In US$ million unless otherwise noted | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 |
| **Adjusted EBITDA** | $ 250 | $ 336 | $ 409 | $ 417 | $ 312 |
| Pension / OPEB Expense in EBITDA | 19 | 8 | 0 | (6) | (12) |
| Pension / OPEB Cash | (43) | (86) | (89) | (70) | (63) |
| <u>Working Capital Changes</u> | | | | | |
| AR / Inventory / AP | 7 | 43 | (5) | 4 | 13 |
| Other | (14) | (1) | (8) | (8) | 9 |
| Capital expenditures | (85) | (125) | (125) | (100) | (100) |
| Bankruptcy Cash Payments | (344) | (8) | - | - | - |
| **Cash Flow Prior to Debt Service** | $ (210) | $ 167 | $ 181 | $ 237 | $ 158 |
| Cash Flow Sweep and Loan Amortization | - | (5) | (90) | (25) | (25) |
| Net proceeds from issuance of long-term debt | 250 | - | - | - | - |
| Cash Interest | (26) | (42) | (36) | (34) | (32) |
| **Total Leveraged Cash Flow** | $ 14 | $ 120 | $ 55 | $ 179 | $ 102 |