## SCHEDULE 1 TO PROPOSED ORDER

## LIST OF AVOIDANCE ACTIONS

1.  Counsel of Record:

ASK LLP
Joseph L. Steinfeld, Jr.
Gary D. Underdahl
Kara E. Casteel,
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665 ext. 846
Fax: (651) 406-9676
E-Mail: kcasteel@askllp.com

-and-

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

| Defendant Name | Adv. Pro. Number |
| --- | --- |
| ABR Employment Services | 13-51449 |
| A-C Timber Services, LLC | 13-52062 |
| Accent Packaging, Inc. dba Accent Wire Products | 13-51605 |
| Ad Logix, Inc. | 13-51894 |
| Adam Wallace | 13-52065 |
| Advanced Hydraulics Inc. | 13-51451 |
| Advertisers Display and Exhibit Incorporated | 13-51609 |
| Aggregate Industries Management, Inc. fka Ennstone Inc. | 13-51837 |
| AGRA Industries, Inc. | 13-51760 |
| AIM Metals & Alloys (U.S.A.) Inc. dba AIM Demolition USA LLC | 13-51899 |
| Air Filter Specialists, LLC | 13-51452 |
| AIRIndustries of New England | 13-51761 |
| ALL 4 Inc. | 13-51903 |
| Allied Barton Security Services, LLC | 13-51906 |
| ALS Group USA, Corp. fka ALS USA MI, Corp. | 13-51886 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| AMEC E & C Services, Inc. | 13-51455 |
| Ameralloy Steel Corporation | 13-51910 |
| American Appraisal Associates, Inc. | 13-51632 |
| American Exchanger Services, Inc. | 13-51763 |
| American Forest & Paper Association, Inc. | 13-51412 |
| American Transportation of Wisconsin, Inc. | 13-51913 |
| Ampco-Pittsburgh Corporation dba Aerofin Corporation | 13-51758 |
| Anderson Lubricants, Inc. dba Anderson Fuel & Lubricants | 13-51764 |
| Aon Reed Stenhouse Inc. | 13-52074 |
| | |
| Applied Industrial Technologies, Inc. | 13-51559 |
| Aquilex Corporation fdba Welding Services Inc. | 13-51630 |
| Argo Turboserve Corporation | 13-51637 |
| Aspirus, Inc. dba Aspirus Occupational Health | 13-51413 |
| AT&T Mobility Services, LLC | 13-51415 |
| Atlantic Coated Papers Ltd. | 13-51765 |
| Atlantic Hardchrome Limited | 13-51767 |
| Atlas Copco Compressors, Inc. | 13-51768 |
| | |
| B & B Steel, Inc. | 13-51771 |
| | |
| Baker-Bohnert Rubber Co., Inc. dba Baker Global Technology | 13-51650 |
| Ballard Conservation LLC | 13-52075 |
| Barker Brothers Waste, Inc. | 13-51462 |
| Barron Fan Technology, Inc. | 13-51653 |
| Barthco International, Inc. | 13-51770 |
| Batteries Plus, LLC | 13-51750 |
| BC Adhesives, LLC | 13-51925 |
| Bearing Distributors, Inc. dba BDI-Bearing Distributors, Inc. | 13-51658 |
| Benny C. Pickett | 13-52041 |
| | |
| | |
| BNY Trust Company of Canada | 13-52043 |
| Bonetti Co., Inc. | 13-51774 |
| Brabazon Pumpe Company, Ltd. | 13-51776 |
| Breeden Transportation, Inc. | 13-51777 |
| Brightstar Partners, Inc. | 13-51928 |
| | |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Broking's Transport Incorporated | 13-51930 |
| Bucks Timber Company | 13-52046 |
| Buechler Forest Products, Inc. | 13-52048 |
| Burton Energy, LLC | 13-51780 |
| Cable Splicing & Testing, Inc. | 13-51781 |
| Caldwell-MacKay Company, Inc. | 13-51782 |
| Camden Hardwood Products LLC | 13-52049 |
| CareerBuilder, LLC | 13-51784 |
| Carmeuse Lime & Stone, Inc. | 13-51670 |
| Carrier Corporation | 13-51562 |
| Cascade Evaporator Company LLC | 13-51478 |
| Castine Energy Services, Inc. | 13-51786 |
| CBank | 13-51932 |
| CDW Direct, LLC | 13-51788 |
| Charles Colburn dba Colburn & Associates | 13-51493 |
| Chemisolv Corp. | 13-51931 |
| ChemTreat, Inc. | 13-52050 |
| Cincinnati Bell Telephone Company LLC | 13-51898 |
| Clarissa M. Kupczak | 13-52052 |
| Clements & Associates Process Equipment, Inc. | 13-51790 |
| Clinton Lumber Company, L.L.C. | 13-52053 |
| Coalesce, Inc. dba Coalesce Marketing & Design | 13-51794 |
| Coastal Chemical Co., L.L.C. | 13-51796 |
| Coatex, Inc. | 13-51677 |
| Cognex Corporation | 13-51564 |
| Cohnreznick LLP dba J.H. Cohn LLP | 13-51978 |
| Coldwater Group, Inc. | 13-51933 |
| Collins Pipe & Supply Co., Inc. | 13-51798 |
| Compass Systems & Sales, Inc. | 13-51803 |
| Competitive Energy Services, LLC | 13-51934 |
| Consolidated Electric Company Inc. dba Consolidated Electric Company of Cumberland | 13-51805 |
| Construction Divers, Inc. | 13-51807 |
| Continental Recycling Corp. | 13-51809 |
| Contribution Strategies Inc. | 13-51498 |
| Cooper Oil Co., Inc. | 13-51507 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Copyright Clearance Center, Inc. | 13-51682 |
| CPI Controls North, Inc. | 13-51509 |
| Cutsforth, Inc. dba Custforth Products Inc. | 13-51824 |
| CVN Vooner Paper Machinery dba CVN Systems Inc. | 13-51828 |
| D. M. Bowman, Inc. | 13-51835 |
| Dale Dunning dba Circle D Construction | 13-52051 |
| Dalton Lumber Co., Inc. | 13-52056 |
| Daniel L. Ory | 13-52057 |
| David E. Zwergel | 13-52058 |
| Dead River Company dba Dead River Convenience Store | 13-51752 |
| Dean & Allyn, Inc. | 13-51943 |
| Deane Logging Company, Inc. | 13-52059 |
| Deep South Industrial Services, Inc. (Delaware) | 13-51686 |
| Deering Enterprises, Inc. dba Poweramp Equipment North | 13-51826 |
| Dennis Danczyk | 13-52064 |
| Dingwell's North America dba Dingwell's Mach & Supply Ltd. | 13-51830 |
| Diversified Pump And Compressor aka Diversified Industries, Inc. | 13-51690 |
| Dorner Company | 13-52173 |
| Dow Dawson Trucking, Inc. | 13-51939 |
| E & R Weartech | 13-51716 |
| E. J. Carrier, Inc. | 13-52067 |
| Electro-Mec, Inc. | 13-52175 |
| Ellen Swedberg | 13-52070 |
| Emerson Electric Co. dba Instrument & Valve Services Co. | 13-51877 |
| Environmental Resources Management, Inc. | 13-51845 |
| EPG Companies | 13-51847 |
| Errol S. Peters & Benjamin T. Peters dba Peters Logging | 13-52121 |
| Estate of P L Hardy Jr. | 13-52083 |
| Everett J. Prescott, Inc. | 13-51848 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| F. W. Webb Company fdba Sev Holding, Inc. and Sevco, Inc. | 13-51494 |
| F.W. Webb Company dba Kentrol Inc. | 13-51524 |
| Ferrellgas, Inc. | 13-51849 |
| Ferrellgas, L.P. | 13-51907 |
|  |  |
| Fire Pro, Inc. | 13-51850 |
| Fluid Process Equipment, Inc. | 13-51956 |
| Fluid System Components, Inc. | 13-51909 |
| Fox Valley Fittings and Controls, Inc. | 13-51957 |
| Franklin Forest Products, Inc. | 13-52091 |
| Fryeburg Water Company dba Hastings and Hastings | 13-52107 |
| G W S Supply, Inc. | 13-51863 |
| Garrett County Commissioners Board | 13-51727 |
| Gary D. Kitzmiller | 13-52101 |
| GATX Corporation | 13-51853 |
| General Mill Supply Company | 13-51855 |
| Genesys Conferencing, Inc. | 13-51857 |
| Genscape, Inc. fka Envapower Inc. | 13-51843 |
| Gooch Thermal Systems, Inc. | 13-51959 |
| Google Inc. | 13-51542 |
| GPM, Inc. | 13-51961 |
| Graybar Electric Company, Inc. | 13-51911 |
| Great Expectations, LLC | 13-51858 |
|  |  |
| Gunville Trucking, Inc. | 13-51862 |
| H T Safety Shoe Service, Inc. dba Hy Test Safety Shoe Service Inc. | 13-51872 |
| H. L. Lawson & Son, Incorporated | 13-51869 |
| Haessly & Haessly, Inc. | 13-51962 |
| Hall Away Trucking Inc. | 13-51865 |
| Haza Mechanical, Inc. | 13-51550 |
| Heritage-Crystal Clean, LLC | 13-51963 |
| Hooper Hardwoods, LLC | 13-52115 |
| IFM Efector Inc. | 13-51875 |
|  |  |
| Illinois Tool Works, Inc. dba Allegheny Industrial Associates, Inc. | 13-51762 |
| Industrial Solutions Management USA, Inc. | 13-51878 |
| Industrial Vibration Consultants, Inc. | 13-51967 |
| IntelliTrans, LLC | 13-51879 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| | |
| IP Leanware Ltd. dba IP Leanware Inc. | 13-51972 |
| Ircon Drying Systems AB | 13-51975 |
| Irving Forest Products, Inc. | 13-52137 |
| IWCO Direct North Carolina, Inc. | 13-51534 |
| J. & L. Lumber Company, Inc. | 13-52140 |
| J. J. Plank Corporation dba Spencer Johnston Company | 13-51580 |
| J.S. Barry Industries, Inc. | 13-51529 |
| Jackson Lewis LLP | 13-51881 |
| James Kanerva Forest Products | 13-52139 |
| James R. Robertson | 13-52142 |
| Jansen Combustion and Boiler Technologies, Inc. | 13-51882 |
| Jeffrey Fisher aka Jeff Fisher | 13-52179 |
| Jeremy Lindgren | 13-52145 |
| JMB Logistics, Inc. dba JMB Pallet & Spotting Service | 13-51531 |
| John K. Wetzel LLC | 13-51883 |
| Johnny Sisk & Sons Inc. | 13-52144 |
| Jud Corporation | 13-51726 |
| Jupp Norhausen | 13-51723 |
| | |
| K. T. & L. Timber Company, Inc. | 13-52153 |
| Kautza Corporation | 13-52146 |
| Keene's Transfer, Inc. | 13-51889 |
| Kenco Logistic Service, LLC | 13-51893 |
| Kentucky Community and Technical College System | 13-51896 |
| Kingsway Transport of America dba Kingsway Bulk Transport | 13-51900 |
| Kirby Sawmill, Inc. | 13-52149 |
| Kolo Trucking & Excavating, Inc. | 13-51981 |
| Kuhlmann-Leavitt, Inc. | 13-51983 |
| L & M Logging | 13-52095 |
| L.T. Black Construction, Inc. | 13-51941 |
| Lawson Products, Inc. | 13-51915 |
| Leap Technologies, Inc. | 13-51904 |
| Ledvina Forest Products Co. | 13-52088 |
| Lewis-Goetz and Company, Inc. | 13-51917 |
| Lilly Trucking of Virginia, Inc. | 13-51940 |
| | |
| London Economics International LLC | 13-51914 |

16

| Defendant Name | Adv. Pro. Number |
|---|---|
| Lunne Marketing Group, Inc. | 13-51918 |
| M.A. Olson Co., Inc. dba M.A. Olson Supply | 13-51713 |
| M.R.O. Tech, Inc. | 13-51804 |
| Maine Conveyor, Inc. | 13-51719 |
| Maine Industrial Repair Service, Inc. | 13-51945 |
| Maine Labpack, Inc. | 13-51921 |
| Maritect Investigations & Security Ltd. | 13-52096 |
| Mark Knutson Logging, Inc. | 13-52098 |
| Marsden, Inc. | 13-51711 |
| Marston Industrial Services, Inc. | 13-51708 |
| Martin Engineering Company | 13-51706 |
| Martin-Love, LLC fka Martin Tire Operations LLC | 13-51789 |
| Mathy Construction Company dba Milestone Construction | 13-51513 |
| Mccollum Timber Company | 13-52099 |
| McGraw Hill Financial, Inc. fdba The McGraw-Hill Companies, Inc. | 13-51518 |
| Mechanical Services, LLC | 13-51948 |
| Meridian Leasing Corp. | 13-51949 |
| Metro Fire Protection, Inc. | 13-51951 |
| MH Equipment Corporation | 13-51953 |
| M-I L.L.C. dba Sweco Inc. | 13-51440 |
| Michael Brown dba Mike Brown Trucking | 13-51793 |
| Mid-America Paper Recycling Co., Inc. | 13-51958 |
| Mid-State Technical College | 13-51792 |
| Midwest Hardwood Corporation | 13-52039 |
| Mike Gibson and Sons Logging Inc. | 13-52102 |
| Mike Rychlock dba KT Enterprises | 13-52086 |
| Miller Auto Parts & Supply Company, Inc. | 13-51795 |
| Milport Enterprises, Inc. | 13-51691 |
| Morrison Metalweld Process Corporation | 13-51799 |
| Murphy Warehouse Company | 13-51960 |
| National Hydraulics, Inc. | 13-51433 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Nationwide Magazine Recycling, Inc. | 13-51806 |
| NES Rentals Holdings, Inc. dba Cormier Equipment Co. | 13-51815 |
| New England Ropes Corp. | 13-51810 |
| Newman & Shepard | 13-52112 |
| Nidec Avtron Automation Corporation fka Avtron Industrial Automation, Inc. | 13-51769 |
| Nordstrong Equipment Limited | 13-51964 |
| Norfolk Southern Railway Company | 13-51965 |
| Northland Industrial Truck Co., Inc. | 13-51968 |
| NorthStar Environmental Testing LLC | 13-51969 |
| O. C. Tanner Recognition Company | 13-51971 |
| Oasis Alignment Services, Inc. | 13-51619 |
|  | 1 |
| Papertech Inc. | 13-51816 |
| Paragon Micro Inc. | 13-51822 |
| Paprima Industries, Inc. | 13-51290 |
| Pascale Industries, Inc. fka National Wire Fabric Corporation | 13-51671 |
| Paul Brandt Trucking | 13-51634 |
| Pentair Vales & Controls US LP fdba Tyco Vales & Controls LP | 13-51844 |
| Phenix Services Corporation | 13-51821 |
| Pieper Electric, Inc. dba System Technologies | 13-51598 |
| Piping Specialties Inc. | 13-51980 |
| Pomp's Tire Service, Inc. | 13-51982 |
| Port Elizabeth Terminal & Warehouse Corp. | 13-51645 |
| Praxair, Inc. | 13-51755 |
| Precision Husky Corporation | 13-51504 |
| Precision Printing Products, Inc. | 13-51831 |
| Precision Roll Grinders, Inc. | 13-51660 |
| Precision Tanks, Inc. | 13-51833 |
| Priem Forest Products | 13-52124 |
| Prime Electric Motors, Inc. | 13-51836 |
| Prime Printing, Inc. | 13-51852 |
| ProAct Safety, Inc. | 13-51985 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Process Control Services, Inc. | 13-51987 |
| Process Controls International, Inc. dba Automation Service | 13-51919 |
| Progressive Converting, Inc. | 13-51988 |
| Pyle & Piontek, LLC | 13-51990 |
| Quarterback Transportation Inc. | 13-51861 |
| Quickdraft, Inc. | 13-51864 |
| R and R Shamion Trucking Inc. | 13-52141 |
| R. P. Adams Co. Inc. | 13-51787 |
| R.V. Forest Products, LLC | 13-52147 |
| Racine Flame Spray Inc. | 13-51993 |
| Reliability Equipment, LLC | 13-51766 |
| Reliable Parts Specialist, LLC | 13-51697 |
| Rencor Controls, Inc. | 13-51995 |
| Renewal Compounds, Inc. | 13-51775 |
| Revenu Quebec | 13-51779 |
| Richard Dupuis Logging Inc. | 13-52128 |
| Richard Gauger | 13-52129 |
| Richard Patterson Logging dba Patterson Logging | 13-52120 |
| Richard Riendeau | 13-52100 |
| Richard T. Young, Trustee | 13-52113 |
| Rick Thompson | 13-52119 |
| Ritchie-Lakeland Oil Co., Inc. | 13-51783 |
| Road Machinery & Supplies Co. | 13-51998 |
| Robert Half International, Inc. dba Robert Half Management Resources | 13-51756 |
| Robert Taylor | 13-52130 |
| Rodney Hix Forest Products | 13-52132 |
| Ronald J. Zerr | 13-52134 |
| Roy Fulkerson | 13-52138 |
| Rumford Falls Hydro LLC | 13-51712 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Russel Metals Williams Bahcall Inc. | 13-51801 |
| Russell Riendeau & Sons, Inc. | 13-52143 |
|  |  |
|  |  |
| S. J. Forest Products Inc. | 13-52151 |
| S.A.L.T. Payroll Consultants, Inc. | 13-51811 |
| S.D.I. Inc. | 13-52005 |
| Same Day Transportation, Inc. | 13-52004 |
|  |  |
| Savcor Forest Inc. | 13-51574 |
|  |  |
| SGT 2000 Inc. | 13-51577 |
| Shaw Environmental & Infrastructure International, LLC fdba Shaw Environmental & Infrastructure International, Inc. dba Shaw E&I Inc. | 13-52007 |
| Shindler Tire Recycling LLC | 13-52008 |
| Shopko Stores, Inc. | 13-51757 |
| Simpson Thacher & Bartlett LLP | 13-51819 |
| SMD Metal Fabrication | 13-51820 |
| Solarus | 13-52010 |
| Southern Specialty Services, Inc. | 13-51823 |
| SPX Corporation dba Lightnin Mixers | 13-51929 |
| St. Hilaire Contractors, Inc. | 13-52015 |
|  |  |
| Standard Electric Supply Co. | 13-52011 |
| Stanley Elevator Company, Inc. | 13-52012 |
| Staples, Inc. dba Staples National Advantage | 13-52013 |
| Steam-Path Solutions, Inc. | 13-51825 |
| Stein Services | 13-51827 |
| Sullivan and Merritt Constructors, Inc. | 13-51830 |
| Sun Machinery Co., Inc. | 13-51479 |
|  |  |
|  |  |
| T & A Industrial, Ltd. dba T & A Industrial Distributors | 13-51989 |
| T.T. Dunphy, Inc. | 13-51456 |
| Take Care Health Systems, Inc. | 13-51992 |
| Tall Timber Logging Inc. | 13-52158 |
|  |  |
| Team Industrial Services, Inc. | 13-51885 |
| Technology Service Professionals, Inc. fdba Advanced Service | 13-51897 |

20

| Defendant Name | Adv. Pro. Number |
|---|---|
| Providers | |
| Teksystems, Inc. (Maryland) dba Teksystems | 13-51466 |
| Telstar Technical Service, Inc. dba Telstar Tech Inc. | 13-51996 |
| Temco, Inc. | 13-51832 |
| Terminal Transport, Inc. | 13-51999 |
| Terrasource Global Corporaiton dba Gundlach Equipment Corporation fka T J Gundlach Machine Company | 13-51839 |
| Terry Palecek, Inc. | 13-52001 |
| Tesa Tape, Inc. | 13-52006 |
| The Aikawa Group dba Advanced Fiber Technologies (AFT) | 13-51615 |
| The Ayco Company, L.P. | 13-51460 |
| The Dayton Power and Light Company | 13-52215 |
| The Fitch Company, Inc. | 13-51888 |
| The Hope Group, LLC dba The Leen Company | 13-51986 |
| The Print Council | 13-51834 |
| The Snow Owl Outdoor Club | 13-52154 |
| Thermal Equipment Sales, Inc. | 13-52009 |
| ThyssenKrupp Elevator Corporation | 13-51759 |
| Timothy J. Chick | 13-52167 |
| | |
| Total Quality Logistics, Inc. | 13-51840 |
| Tranport STCH dba STCH | 13-51587 |
| Transport Link Corporation | 13-52020 |
| Tri-State Industrial Solutions, Inc. | 13-51841 |
| Tritz Forest Products LLC | 13-52171 |
| | |
| Turbogen Consultants, Inc. | 13-51617 |
| TW Telecom Inc. | 13-52022 |
| Two-Way Radio Service, Inc. dba TWR Communications | 13-52021 |
| TWTG-WMW, Inc. dba Atlantic Distribution Services | 13-51916 |
| U. S. Blades, LLC | 13-51846 |
| Ullrich Logging, LLC | 13-52174 |
| Ultimate Industrial Solutions LLC | 13-52023 |
| United Parcel Service, Inc. | 13-51443 |
| Valencia Tree LLC | 13-52076 |
| Valley Trucking, LLC | 13-51450 |
| | |
| Van Bergen and Markson, Inc. | 13-51622 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Versitech, Inc. | 13-52025 |
| Village of Biron, Wisconsin | 13-51773 |
| VisionTech Automation LLC | 13-51624 |
| Volkmann Railroad Builders, Inc. | 13-51851 |
| Von Mehl Company, Inc. dba Denross New England | 13-51512 |
| W. Gravois, LLC | 13-51643 |
| W.M. Wagner Sales Co., Inc. | 13-51868 |
| | |
| Walter Pilhofer Trucking, Inc. | 13-52077 |
| Waugh's Mountain View Electric Inc. | 13-52027 |
| Wausau Hydraulics and Machine, Inc. | 13-52028 |
| Western Michigan University | 13-51854 |
| Wetend Technologies Ltd. | 13-51867 |
| White Oak Stave, Inc. | 13-52080 |
| William Kenyon & Sons Inc. | 13-52030 |
| William L. McDonough | 13-52081 |
| Williams & Jensen, PLLC | 13-51648 |
| Williams Patent Crusher and Pulverizer Company | 13-52031 |
| Wilmer Cutler Pickering Hale and Dorr, LLP | 13-51435 |
| Winstead PC | 13-51654 |
| | |
| | |
| Wolters Kluwer Financial Services, Inc. | 13-51602 |
| Xerium Technologies, Inc. dba Mount Hope Machinery Co. | 13-51678 |
| Xylem, Inc. fdba ITT Flygt Corporation | 13-51880 |
| YRC Inc. | 13-51871 |
| Z & R Electric Service, Inc. | 13-51662 |

\* 359 Adversaries