# **EXHIBIT B**

**Email Chain with Office of United States Trustee**

# Theodoridis, Chris

| | |
|---|---|
| **From:** | Kern, Joseph  (USTP) <Joseph.C.Kern@usdoj.gov> |
| **Sent:** | Thursday, September 6, 2018 1:32 PM |
| **To:** | Michael R. Seidl |
| **Cc:** | Leamy, Jane M.  (USTP); Laura Davis Jones; Panacio, Michael  (USTP) |
| **Subject:** | RE: NewPage Corporation  11-12804 (KG) |

Michael –

Thank you for your email.  Please allow me the opportunity to expand and explain the calculations below.

During the pendency of the Verso case, from Q1 2016 through Q1 2018, the 2011 NewPage estate was charged the minimum amount of quarterly fees, $325.00.  Since the Verso entity was closed during the 1st quarter of 2018, the remaining estate is responsible for the payment of quarterly fees, $250,000 per quarter.  With respect to the remaining amount due of $27,875.15, this is the unpaid portion of quarterly fees from the 4th quarter of 2015.

Regards,
Joe

---

**From:** Michael R. Seidl <mseidl@pszjlaw.com>
**Sent:** Thursday, September 06, 2018 12:40 PM
**To:** Kern, Joseph (USTP) <Joseph.C.Kern@UST.DOJ.GOV>
**Cc:** Leamy, Jane M. (USTP) <Jane.M.Leamy@UST.DOJ.GOV>; Laura Davis Jones <ljones@pszjlaw.com>; Panacio, Michael (USTP) <Michael.T.Panacio@UST.DOJ.GOV>
**Subject:** RE: NewPage Corporation 11-12804 (KG)

Joe,

      Thanks.  I'm confused.  I thought, per Mike's 3/8/16 email, below, that NewPage was to pay the minimum until its closing.  If we had any expectation that *wasn't* going to be the case, we would have sought a remedy before now.  The case remains open solely because the Litigation Trust hasn't concluded *its* business.

      Moreover, the Q4 2015 amount was determined to be a prepetition claim in the Verso case and handled there, as I understand it.

                          Michael

**Michael R. Seidl**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 302.778.6404
Tel: 302.652.4100 | Fax: 302.652.4400
mseidl@pszjlaw.com
vCard | Bio | LinkedIn

1



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

**From:** Kern, Joseph (USTP) [mailto:Joseph.C.Kern@usdoj.gov]
**Sent:** Wednesday, September 05, 2018 3:57 PM
**To:** Michael R. Seidl
**Cc:** Leamy, Jane M. (USTP); Laura Davis Jones; Panacio, Michael (USTP)
**Subject:** RE: NewPage Corporation 11-12804 (KG)

Mike –

Thank you for your email.  The debtor's payments which you have referenced were posted this morning, September 5.

For your convenience, I have attached an Account Reconciliation form of the debtor's billing and payment history.  At this time, the debtor owes quarterly fees totaling **$277,875.15**, which has been calculated as follows:

**Q2 2018                           $250,000.00**
**Balance due from Q4 2015    $ 27,875.15**

Please have the debtor address these additional payments due immediately.

Thank you,
Joe

**From:** Michael R. Seidl <mseidl@pszjlaw.com>
**Sent:** Wednesday, September 05, 2018 2:57 PM
**To:** Panacio, Michael (USTP) <Michael.T.Panacio@UST.DOJ.GOV>; Kern, Joseph (USTP) <Joseph.C.Kern@UST.DOJ.GOV>
**Cc:** Leamy, Jane M. (USTP) <Jane.M.Leamy@UST.DOJ.GOV>; Laura Davis Jones <ljones@pszjlaw.com>
**Subject:** RE: NewPage Corporation 11-12804 (KG)

Mike,

   Following up on my email below, I wanted to write to advise you that the delinquent payments I identified were mailed on 8/30.  We're also now current with our quarterly reports.  Can you advise when the payment is logged so I can advise my client?

   Thanks.

            Michael

**Michael R. Seidl**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 302.778.6404
Tel: 302.652.4100 | Fax: 302.652.4400
mseidl@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

**From:** Michael R. Seidl
**Sent:** Monday, August 13, 2018 10:24 AM
**To:** 'Panacio, Michael (USTP)'; Kern, Joseph (USTP)
**Cc:** Leamy, Jane M. (USTP); Laura Davis Jones
**Subject:** RE: NewPage Corporation 11-12804 (KG)

Mike,

    Following up on your email below from 2016, I note that the NewPage case in the Verso filing (case number 16-10179(KG)) closed on 3/27/18.  Per the below, NewPage case 11-12804(KG) will continue to file its quarterly reports and pay the minimum fee until it is also closed.

    In reviewing this, I noticed that while we're mostly current with our quarterly reports in 11-12804, we appear to be delinquent in those minimum payments.  I'll see that that's trued up.

                        Michael

**Michael R. Seidl**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 302.778.6404
Tel: 302.652.4100 | Fax: 302.652.4400
mseidl@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

**From:** Panacio, Michael (USTP) [mailto:Michael.T.Panacio@usdoj.gov]
**Sent:** Tuesday, March 08, 2016 9:25 AM
**To:** Michael R. Seidl; Kern, Joseph (USTP)

3

**Cc:** Leamy, Jane M. (USTP)
**Subject:** RE: NewPage Corporation 11-12804 (KG)

Michael,

The original filing of NewPage 11-12804 will incur the minimum fee of $325 until the case is closed/final decreed. Post confirmation report for the above referenced case should disclose this to avoid double-counting disbursements for the period.

Thanks
Mike

**From:** Michael R. Seidl [mailto:mseidl@pszjlaw.com]
**Sent:** Monday, March 07, 2016 6:13 PM
**To:** Kern, Joseph (USTP)
**Cc:** Leamy, Jane M. (USTP); Panacio, Michael (USTP)
**Subject:** RE: NewPage Corporation 11-12804 (KG)

Joe,

As you may know, NewPage Corporation filed a new chapter 11 on January 26, 2016 (case number 16-10179(KG)).  My firm is not bankruptcy counsel to NewPage in their 2016 case.  I've struggled to find a procedurally similar case without luck.  Can you advise as to OUST's position on nature of the quarterly fee claim (which is prepetition), priority, possible need for stay relief, how we avoid double-counting disbursements for periods after the 1/26/16 petition, and requirements for reports going forward (continued quarterlies in 2011 case plus monthlies in 2016 case seems redundant).  I'll need to consult with counsel for NewPage in their latest case before taking any certain position, but I wanted to get the OUST's view.

Thanks.

**Michael R. Seidl**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 302.778.6404
Tel: 302.652.4100 | Fax: 302.652.4400
mseidl@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York

**From:** Kern, Joseph (USTP) [mailto:Joseph.C.Kern@usdoj.gov]
**Sent:** Monday, March 07, 2016 11:46 AM
**To:** Michael R. Seidl
**Cc:** Leamy, Jane M. (USTP); Panacio, Michael (USTP)
**Subject:** NewPage Corporation 11-12804 (KG)

Mike –

Please provide an update to the below request.

Thank you,
Joe

---

**From:** Kern, Joseph (USTP)
**Sent:** Monday, February 29, 2016 12:49 PM
**To:** mseidl@pszjlaw.com
**Cc:** Leamy, Jane M. (USTP); Panacio, Michael (USTP)
**Subject:** NewPage Corporation 11-12804 (KG)

Mike -

In reviewing the above case, the debtor has not paid any United States Trustee quarterly fees from the 4th quarter of 2015 which were due on or before January 31, 2016, in the amount of **$30,000.00**.

Please have the debtor address this matter immediately.

Thank you for your attention to this matter. If you have any questions please contact me.

Joseph C. Kern
Quarterly Fee Coordinator
Office of the United States Trustee
(973) 622-7887

*This communication is not intended to prejudice or supersede any pending legal actions or alternative payment arrangements. Please note that pursuant to 31 U.S.C. §3717, interest has been assessed on past due balances. Debtors may not yet have received billings for recent adjustments after receipt of monthly operating reports. Some of the listed balances may be based upon estimated disbursements because the debtors have failed to timely file monthly operating reports. If you believe that any balance is inaccurate for this or any other reason, please advise us. Recent payments may not yet have been credited.*

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.