IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEWPAGE CORPORATION,[1] | Case No. 11-12804 (KG) |
| Reorganized Debtor. | (Jointly Administered) |
| | **Re: Docket No. 5151** |

**CERTIFICATION OF COUNSEL
IN SUPPORT OF FINAL DECREE (A) CLOSING NEWPAGE'S
CHAPTER 11 CASE, (B) TERMINATING CERTAIN CLAIMS AND
NOTICING SERVICES, AND (C) GRANTING RELATED RELIEF**

The undersigned counsel for the above-captioned reorganized debtors (the "Reorganized Debtors") hereby certifies that:

1. On November 26, 2018, the Reorganized Debtors filed *NewPage Corporation's Motion for Entry of a Final Decree (A) Closing Its Chapter 11 Case, (B) Terminating Certain Claims and Noticing Services, (C) Establishing the Amount of Fees Owed to the United States Trustee Pursuant to 28 U.S.C. Section 1930(a)(6), and (D) Granting Related Relief* (the "Motion") [Docket No. 5151], seeking entry of a final decree closing the remaining open case of the Reorganized Debtors' Chapter 11 cases and related relief. The deadline to respond to the Motion was December 10, 2018, at 4:00 p.m., extended to December 14, 2018, solely with respect to the Office of the United States Trustee (the "US Trustee").

---

[1] The last four digits of NewPage Corporation's federal tax identification number are 6156. The corporate headquarters of NewPage Corporation is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

2. On December 14, 2018, the US Trustee filed the *Response of the United States Trustee to NewPage Corporations Motion for Entry of a Final Decree (A) Closing its Chapter 11 Case, (B) Terminating Certain Claims and Noticing Services, (C) Establishing the Amount of Fees Owed to the United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6), and (D) Granting Related Relief* (the "Response") [Docket No. 5159], objecting to the relief requested in the Motion. Other than the Response, no other formal or informal objections or responses were filed or received with respect to the Motion.

3. Thereafter, the Reorganized Debtors and the US Trustee resolved the issues raised in the Response.

4. Attached hereto as Exhibit A is the revised proposed *Final Decree (A) Closing NewPage's Chapter 11 Case, (B) Terminating Certain Claims and Noticing Services, and (C) Granting Related Relief* (the "Proposed Order"), which has been revised and agreed to by the Reorganized Debtors and US Trustee. A blackline of the Proposed Order as compared to the form filed with the Motion is attached hereto as Exhibit B.

*[remainder of page inentionally left blank]*

5. Counsel for the Reorganized Debtors respectfully requests entry of the Proposed Order at the Court's convenience. Counsel for the Debtors is available should the Court have any questions or concerns with the foregoing.

Dated: December 19, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*
Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302.652.4100
Facsimile: 302.652.4400
Email: ljones@pszjlaw.com
       mseidl@pszjlaw.com

-and-

Martin J. Bienenstock
Ehud Barak
Chris Theodoridis
PROSKAUER ROSE LLP
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8299
Telephone: 212.969.3000
Facsimile: 212.969.2900

Co-Attorneys for the Reorganized Debtor